**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Tessemae's LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4692342** | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**714 South Wolfe Street**
**P.O Box No. 38438**
**Baltimore, MD 21231-7522**
Number, Street, City, State & ZIP Code

**Baltimore City**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.tessemaes.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Tessemae's LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3119

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor    **Tessemae's LLC**                                    Case number (*if known*) _____
          Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____

District _____  When _____     Case number, if known _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
■ 100-199           ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Debtor    **Tessemae's LLC**
Name    Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☑ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Tessemae's LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2023**
MM / DD / YYYY

X **/s/ Demian Costa**
Signature of authorized representative of debtor

**Demian Costa**
Printed name

Title    **Chief Strategy Officer**

---

**18. Signature of attorney**

X **/s/ Gary H. Leibowitz**
Signature of attorney for debtor

Date **February 1, 2023**
MM / DD / YYYY

**Gary H. Leibowitz**
Printed name

**Cole Schotz P.C.**
Firm name

**300 E. Lombard Street, Suite 1111**
**Baltimore, MD 21202**
Number, Street, City, State & ZIP Code

Contact phone    **410-230-0660**        Email address    **gleibowitz@coleschotz.com**

**(Bar No. 24717) MD**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tessemae's LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jupiter Fund LLC 102 W. Pennsylvania Suite 100 Towson, MD 21204 | | Loan | | | | $8,470,971.00 |
| Peter R. McDermott 1 Pond Dr. Englewood, CO 80113 | peter.mcdermott@ kslcapital.com (720) 284-6445 | Loan | | | | $4,022,604.00 |
| K2 Trust, LLC 5244 N. 37th Place Paradise Valley, AZ 85253 | | Loan | | | | $3,592,222.00 |
| Fleet Street Club III L.P. 11770 US Highway 1 Suite 503 Palm Beach Gardens, FL 33408 | | Loan | | | | $3,122,344.00 |
| Benjamin H. Griswold IV 901 S. Bond St. Suite 400 Baltimore, MD 21231 | | Loan | | | | $2,005,251.00 |
| David Charles Moran 375 W. Royal Flamingo Dr. Sarasota, FL 34236 | | Loan | | | | $1,347,378.00 |
| Robert F. McDermott 4455 South Holly Street Cherry Hills Village, CO 80111 | rfmcdjr@gmail.co m (202) 441-7224 | Loan | | | | $1,254,139.00 |
| GP Stamas Family Trust 8 Waterbury Court Baltimore, MD 21212 | | Loan | | | | $1,203,472.00 |

| Debtor | Tessemae's LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tenacious Adventures Attn: Kipp Lasseter 5244 N. 37th Place Paradise Valley, AZ 85253 | | Loan | | | | $1,114,921.00 |
| Clearview Group 11155 Red Run Blvd. Suite 410 Owings Mills, MD 21117 | Brian Davis  bdavis@cviewllc.com (410) 365-0117 | Accounting Services | | | | $914,476.00 |
| M&C Irrevocable Trust 5973 West Cielo Grande Glendale, AZ 85301 | | Loan | | | | $620,764.00 |
| C&J Irrevocable Trust 5973 West Cielo Grande Glendale, AZ 85301 | | Loan | | | | $607,986.00 |
| John Ege 100 St. Paul St. Suite 800 Denver, CO 80206 | | Loan | | | | $539,306.00 |
| Scott Carmel 110 Venetian Way Dildo Island Miami Beach, FL 33139 | | Loan | | | | $507,569.00 |
| Christina Pagano 14 Lost Run Trail Zionsville, IN 46077 | | Loan | | | | $366,678.00 |
| Brown, Goldstein & Levy, LLP 120 E. Baltimore Street Suite 2500 Baltimore, MD 21202 | | Legal Services | | | | $321,009.02 |
| Altus Receivables Management, Trust Acco 2400 Veterans Memorial Blvd. Kenner, LA 70062 | | Loan | | | | $268,162.50 |
| Falling Green Capital LLC 3718 Falling Green Way Mount Airy, MD 21771 | | Loan | | | | $253,785.00 |

Debtor    **Tessemae's LLC**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Donald McDonald 2180 Royal Oaks Dr. Rockledge, FL 32955** | | **Loan** | | | | **$253,785.00** |
| **Deborah Grove Living Trust Attn: Deborah M. Grove 5936 Elmer Derr Rd. Frederick, MD 21703** | | **Loan** | | | | **$253,785.00** |

# United States Bankruptcy Court
## District of Maryland

In re   **Tessemae's LLC** _____   Case No. _____
Debtor(s)   Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS[1]

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **3BRT Investments, LP (Chris Wilde)**<br>**1250 NE Loop 410**<br>**Suite 333**<br>**San Antonio, TX 78216** | **Class A Common** | **251997** | |
| **Alexander & Erika Kopicki**<br>**1717 Robinhood Road**<br>**Annapolis, MD 21401** | **Class A Common** | **53894** | |
| **Awesome Saucey, LLC (Danny Baumwald)**<br>**14913 Meriwether Drive**<br>**Glenelg, MD 21737** | **Series B Preferred** | **863686** | |
| **Brendan Connors**<br>**3630 Stansbury Mill Road**<br>**Phoenix, MD 21131** | **Series A Preferred** | **1491561** | |
| **Brian Toomey**<br>**480 Fox Hollow Lane**<br>**Annapolis, MD 21403** | **Class A Common** | **620367.5** | |
| **Brian Vetter**<br>**2 Boone Trail**<br>**Severna Park, MD 21146** | **Class A Common** | **1325150** | |
| **CE CID, LLC (Hall Cheney and Donna Bunn)**<br>**2410 Evergreen Road**<br>**Suite 201**<br>**Gambrills, MD 21054** | **Class A Common** | **1210067** | |
| **Charles & Kelly Newman**<br>**3480 Monitor Court**<br>**Davidsonville, MD 21035** | **Class A Common** | **53894** | |
| **Christopher & Cara Murray**<br>**618 Meadowridge Road**<br>**Towson, MD 21204** | **Class A Common** | **53894** | |
| **David McDermott**<br>**512 Powell Drive**<br>**Annapolis, MD 21401** | **Class A Common** | **239521** | |
| **Douglas Zullo**<br>**4313 Speedway**<br>**Austin, TX 78751** | **Series B Preferred** | **18939** | |

**[1] This list does not include holders of unexercised warrants.**

Sheet 1 of 5 in List of Equity Security Holders

In re:   **Tessemae's LLC**                                                    Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edward Reed, Jr.**<br>**800 Unity Grove Road N**<br>**Locust Grove, GA 30248** | **Class A Common** | **1229044** | |
| **EUTM LLC**<br>**1200 S. State Street**<br>**Ann Arbor, MI 48103** | **Series B Preferred** | **225917** | |
| **Evan Morgan**<br>**1533 P Street**<br>**Apt 5**<br>**Washington, DC 20005** | **Series A Preferred** | **93223** | |
| **Falling Green Capital, LLC (Dave Walker)**<br>**3718 Falling Green Way**<br>**Mount Airy, MD 21771** | **Series A Preferred** | **1278641** | |
| **Genevieve Vetter**<br>**595 Owensville Road**<br>**West River, MD 20778** | **Class A Commone** | **1400000** | |
| **George Hager**<br>**116 Iron Works Way**<br>**Wayne, PA 19087** | **Class A Common** | **248147** | |
| **Gregory L. Vetter**<br>**595 Owensville Road**<br>**West River, MD 20778** | **Class A Common** | **6662293** | |
| **Helen Serini Foundation, Inc. (Paul A. S**<br>**471 Mountain Road**<br>**Crownsville, MD 21032** | **Series A Preferred** | **620086** | |
| **James & Eva Robertson**<br>**1322 Anglewood Circle**<br>**Birmingham, AL 35216** | **Class A Common** | **598801** | |
| **James D. Chambers (JC Investments)**<br>**317 Eatons Landing Drive**<br>**Annapolis, MD 21401** | **Class A Common** | **1176471** | |
| **James D. Chambers (JC Investments)**<br>**317 Eatons Landing Drive**<br>**Annapolis, MD 21401** | **Class B Common** | **588235** | |

List of equity security holders consists of 5 total page(s)

In re:    **Tessemae's LLC** _____    Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jermon Bushrod**<br>**2086 Broadmoor Lane**<br>**Vernon Hills, IL 60061** | **Class A Common** | **310184** | |
| **JS DM Family LLC (Scott Plank)**<br>**900 E. Fort Avenue**<br>**Suite 900**<br>**Baltimore, MD 21203** | **Series B Preferred** | **1212121** | |
| **Kelly & Sheryl Bjornerud**<br>**3 Kent Road**<br>**Annapolis, MD 21401** | **Class A Common** | **248147** | |
| **Kenneth Ulman**<br>**6421 Sundown Trail**<br>**Columbia, MD 21044** | **Class B Common** | **318750** | |
| **Liberty 2, LLC (Jim Cachot)**<br>**774 Mays Blvd., #10-376**<br>**Incline Village, NV 89451** | **Series A Preferred** | **2662437** | |
| **Matt Leeds**<br>**477 Old Orchard Circle**<br>**Millersville, MD 21108** | **Class A Common** | **332937** | |
| **Matt Vetter**<br>**1740 Broadlee Trail**<br>**Annapolis, MD 21401** | **Class A Common** | **496294** | |
| **Matthew & Julie LoCascio**<br>**614 Samantha Court**<br>**Annapolis, MD 21409** | **Class A Common** | **53894** | |
| **Michael Hitsky**<br>**177 Garfield Street**<br>**Ashland, OR 97520** | **Class A Common** | **59880** | |
| **Michael M. Nestor**<br>**4313 Speedway**<br>**Austin, TX 78751** | **Series B Preferred** | **18939** | |
| **Michael McDevitt**<br>**2011 NE 31st Avenue**<br>**Fort Lauderdale, FL 33305** | **Series A Preferred** | **2237341** | |
| **MRZ Investments, LLC (Frank Zampardi)**<br>**5811 Greentree Road**<br>**Bethesda, MD 20817** | **Series B Preferred** | **106060** | |

List of equity security holders consists of 5 total page(s)

In re: **Tessemae's LLC**                                                    Case No. _____
_____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Neman IV, LLC (Jonathan Neman)**<br>**1525 South Broadway Street**<br>**Los Angeles, CA 90015** | **Class A Common** | **119760** | |
| **Nicolas Jammet**<br>**1728 17th Street NW**<br>**Washington, DC 20009** | **Class A Common** | **59880** | |
| **Paul A. Serini**<br>**471 Mountain Road**<br>**Crownsville, MD 21032** | **Series A Preferred** | **464963** | |
| **Paul Intlekofer**<br>**633 Shore Road**<br>**Severna Park, MD 21146** | **Series A Preferred** | **233056** | |
| **Robert McDermott, Jr.**<br>**4455 South Holly Street**<br>**Englewood, CO 80111** | **Series B Preferred** | **151515** | |
| **Robert McDermott, Jr.**<br>**4455 South Holly Street**<br>**Englewood, CO 80111** | **Class A Common** | **958082** | |
| **Robert Rae, Jr.**<br>**11 Atherton Road**<br>**Winchester, MA 01890** | **Class A Common** | **374251** | |
| **Roy Johnston**<br>**306 Kennedy Avenue**<br>**San Antonio, TX 78209** | **Class A Common** | **189073** | |
| **Ruki LLC (Nathaniel Ru)**<br>**c/o HCVT, 11444 W. Olympic Blvd.**<br>**11th Floor**<br>**Los Angeles, CA 90064** | **Class A Common** | **59880** | |
| **Sagamore Investments, LLC**<br>**Plank Industries**<br>**1030 Hull St.**<br>**4th Floor**<br>**Baltimore, MD 21230** | **Series B Preferred** | **4954545** | |
| **Sage Creek Investments LLC (John Loudamy**<br>**2208 Bowman Avenue**<br>**Austin, TX 78703** | **Series B Preferred** | **37878** | |

List of equity security holders consists of 5 total page(s)

In re:   **Tessemae's LLC**                                              Case No. _____

_____
                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scott Sadowsky**<br>**19 Porter Drive**<br>**West Hartford, CT 06117** | **Series B**<br>**Preferred** | **37878** | |
| **SFP Enterprises, LLC (Paul A. Serini)**<br>**471 Mountain Road**<br>**Crownsville, MD 21032-2000** | **Series A**<br>**Preferred** | **697908** | |
| **Stephen Vetter**<br>**595 Owensville Road**<br>**West River, MD 20778** | **Class A**<br>**Common** | **784423** | |
| **Tandem Growth Group LLC**<br>**829 7th Street NW #200**<br>**Washington, DC 20001** | **Series A**<br>**Preferred** | **1491561** | |
| **Vincent Cerniglia**<br>**3726 Ransgate Drive**<br>**Annapolis, MD 21403** | **Class A**<br>**Common** | **620367.5** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Strategy Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **February  1, 2023**                    Signature   **/s/ Demian Costa**
_____            _____
                                                   **Demian Costa**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)

**Fill in this information to identify the case:**

Debtor name   **Tessemae's LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑   Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2023**          X **/s/ Demian Costa**
                                                Signature of individual signing on behalf of debtor

                                                **Demian Costa**
                                                Printed name

                                                **Chief Strategy Officer**
                                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court
## District of Maryland

In re    **Tessemae's LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tessemae's LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sagamore Investments, LLC (Series B Preferred)**
**Plank Industries**
**1030 Hull St.**
**4th Floor**
**Baltimore, MD 21230**

☐ None [*Check if applicable*]

**February  1, 2023**

Date

/s/ Gary H. Leibowitz

**Gary H. Leibowitz**

Signature of Attorney or Litigant

Counsel for   **Tessemae's LLC**

**Cole Schotz P.C.**
**300 E. Lombard Street, Suite 1111**
**Baltimore, MD 21202**
**410-230-0660 Fax:410-230-0667**
**gleibowitz@coleschotz.com**

# United States Bankruptcy Court
## District of Maryland

In re    **Tessemae's LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Tessemae's LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sagamore Investments, LLC**
**Plank Industries**
**1030 Hull St.**
**4th Floor**
**Baltimore, MD 21230**

☐ None [*Check if applicable*]

**February  1, 2023**

Date

**/s/ Gary H. Leibowitz**

**Gary H. Leibowitz**

Signature of Attorney or Litigant

Counsel for    **Tessemae's LLC**

**Cole Schotz P.C.**
**300 E. Lombard Street, Suite 1111**
**Baltimore, MD 21202**
**410-230-0660 Fax:410-230-0667**
**gleibowitz@coleschotz.com**

**TESSEMAE'S LLC**

**(Chapter 11 Bankruptcy Petition)**

---

**WRITTEN CONSENT OF
THE REQUIRED MEMBERS**

---

The undersigned, being the Members holding at least a majority of the outstanding Class A Common Units and Series A Preferred Units (voting together as a single class on an as-converted to Class A Common Units basis) (the "Required Members") of TESSEMAE'S LLC, a Maryland limited liability company (the "Company"), do hereby consent to and adopt the following resolutions as of January 24, 2023:

**WHEREAS**, in light of the Company's current financial condition, the Board of Managers (the "Board") of the Company has investigated, discussed and considered options for addressing the Company's financial challenges and, in order to maximize value for the Company's stakeholders, has concluded that it is in the best interests of the Company, its creditors, employees and other interested parties, and recommends to the Members, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, pursuant to Section 6(a) of the Second Amended and Restated Operating Agreement of the Company dated as of September 18, 2015, the Board seeks the consent of the Required Members for the Company to file a petition seeking relief under the Bankruptcy Code.

**NOW THEREFORE**, be it

**RESOLVED**, that it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the District of Maryland ("Bankruptcy Court") seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that Gregory Vetter in his capacity as the Chief Executive Officer of the Company (the "Authorized Officer"), be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute, verify and file in Bankruptcy Court all petitions, schedules, lists and other papers or documents, and to take and perform any and all further actions and steps that the Authorized Officer deems necessary, desirable and proper in connection with the Company's case under the Bankruptcy Code, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to retain the law firm of Cole Schotz P.C. ("CS") as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officer is hereby authorized and directed to execute appropriate

retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of CS; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to employ any other professionals, including without limitation, financial advisors and investment bankers, necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

**RESOLVED**, that the Authorized Officer, on behalf of the Company, be, and hereby is, authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case; and it is further

**RESOLVED**, that all action heretofore taken and all documentation heretofore delivered by the Board and/or the Authorized Officer, or any other duly authorized officer of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a meeting of the Members and the undersigned hereby waive all requirements as to notice of a meeting; and it is further

**RESOLVED**, that this Written Consent may be executed by facsimile, ".pdf", DocuSign, or other electronic means, and such execution shall be considered valid, binding and effective for all purposes; and it is further

**RESOLVED**, that a Member's written consent, when delivered to the Board, shall be irrevocable and unconditional; and it is further

**RESOLVED,** that this Written Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[The remainder of this page is intentionally left blank.]

2

65577/0001-44527053v1

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent of the Required Members of TESSEMAE'S LLC as of the date first set forth above.

**MEMBER (Natural Person):**

By: _____

Name (Print): _Gregory Vetter_____

If Units are held jointly with another natural person:

By: _____

Name (Print): _____

**MEMBER (other than a Natural Person):**

Member Name: _____

By: _____

Name (Print): _____

Title: _____

3

**United States Bankruptcy Court**
**District of Maryland**

In re    **Tessemae's LLC** _____    Case No. _____
_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Strategy Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 1, 2023** _____    **/s/ Demian Costa** _____
**Demian Costa**/**Chief Strategy Officer**
Signer/Title

2K Printing
170 W. Westfield Ave
Roselle Park, NJ 07204


Acosta
P.O. Box 742959
Atlanta, GA 30374-2959


Advantage Sales & Marketing/Interlink
6700 Koll Center Parkway
Suite 300
Pleasanton, CA 94566


Alan Bridges Consulting
265 Island Cove Drive
Newnan, GA 30263


Albright's Mechanical Services
11 S. Marilyn Avenue
Essex, MD 21221


Alchemy Systems
5301 Riata Park Court
Building F - Suite 100
Austin, TX 78727


Allegis Group Holdings, Inc dba Aerotek
7301 Parkway Dr.
Hanover, MD 21076


Alliance Material Handling
8320 Sherwick Ct.
Jessup, MD 20794


Altus Receivables Management, Trust Acco
2400 Veterans Memorial Blvd.
Kenner, LA 70062


American Scale & Equipment
8839-D Kelso Drive
Baltimore, MD 21221-3141

Ameriwaste / EnviroSolutions
PO Box 554041
Detroit, MI 48255-4041

Ammon Heisler Sachs Architects, PC
300 West Pratt Street
Suite 275
Baltimore, MD 21201

Amwins Connect Administrators
6 North Park Drive
Suite 310
Hunt Valley, MD 21030

Andler Packaging
PO Box 499125
Everett, MA 02149

ARDE Barinco
875 Washington Avenue
Carlstadt, NJ 07072

Arrive Logistics
7701 Metropolis Dr.
Building 15
Austin, TX 78744

AT Information Products
575 Corporate Drive
Mahwah, NJ 07430

Avena Contracting LLC
3 Nashua Court
Suite C
Baltimore, MD 21221

Baltimore County Courthouse
400 Washington Avenue
Room 150
Towson, MD 21204-4665

Baumer
2424 Edenborn Ave.
#510
Metairie, LA 70001

Bazaarvoice
PO Box 671654
Dallas, TX 75267-1654

Bearing Distributors Inc (BDI)
10470 Wilden Drive
Suite G
Ashland, VA 23005

Benjamin H. Griswold IV
901 S. Bond St.
Suite 400
Baltimore, MD 21231

BGE
P.O. Box 13070
Philadelphia, PA 19101-3070

Big Y
PO Box 3050
Springfield, MA 01102-3050

Bozzuto's
PO Box 340
Cheshire, CT 06410

Brawner Communications
888 17th Street NW
Washington, DC 20007

Brody Transportation Co., Inc.
621 S. Bentalou Street
Baltimore, MD 21223

Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Suite 2500
Baltimore, MD 21202

Bryan Alex Mueller
12625 N. Humphreys Way
Boise, ID 83714

C&J Irrevocable Trust
5973 West Cielo Grande
Glendale, AZ 85301


CA Franchise Tax Board
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


California Giant Foundation
Attn: Cindy Jewell
PO Box 1359
Watsonville, CA 95077


CH Robinson
P.O. Box 9121
Minneapolis, MN 55480-9121


Channel Solutions LLC
1135 August Drive
Annapolis, MD 21403


Channing Cooper
355 I Street SW
Apt. 501
Washington, DC 20044


Chesapeake Search Partners
110 West Road
Suite 420
Towson, MD 21204


Christina Pagano
14 Lost Run Trail
Zionsville, IN 46077


Cintas – P.O Box 630803
P.O. Box 630803
Cincinnati, OH 45263-0803


Cintas – Safety
P.O. Box 631025
Cincinnati, OH 45263-1025

Circle K Stores Inc.
P.O. Box 203253
Dallas, TX 75320


Cision PR Newswire
1205 Indian Creek Court
Beltsville, MD 20705


CL&D
680 Bryant Boulevard
Rock Hill, SC 29732


Clarivate Analytics
P.O. Box 71892
Chicago, IL 60694-1892


CleanEdge
3121 Wilmarco Dr.
Baltimore, MD 21223


Clearview Group
11155 Red Run Blvd.
Suite 410
Owings Mills, MD 21117


CMC Sales & Marketing
Southern California Office
12070 Telegraph Rd., Suite 208
Santa Fe Springs, CA 90670


Coastline Sales Inc.
10971 Bonita Beach Road, Unit #3
Bonita Springs, FL 34135


Cold Chain Logistics
PO Box 249
Annapolis Junction, MD 20701


Cold Valley Farms
PO Box 1080
King City, CA 93930

Comptroller of Maryland
Hampton Plaza
300 E. Joppa Road
Plaza Level 1A
Towson, MD 21286


Concentra
P.O Box 18277
Baltimore, MD 21227


Covance Laboratories
PO Box 2464
Burlington, NC 27216


Criteo Corp.
387 Park Avenue South
11th and 12th Floor
New York, NY 10016


Crossmark
P.O. Box 679885
Dallas, TX 75267-9885


Cummins-Wagner
10901 Pump House Road
Annapolis Junction, MD 20701


Danisco USA Inc. (International Flavor F
4 New Century Parkway
New Century, KS 66031


Data Council, The / IX-One
PO Box 744482
Atlanta, GA 30374-4482


Dave's Marketplace Square, Inc.
1000 Division Street
East Greenwich, RI 02818


David Charles Moran
375 W. Royal Flamingo Dr.
Sarasota, FL 34236

Deborah Grove Living Trust
Attn: Deborah M. Grove
5936 Elmer Derr Rd.
Frederick, MD 21703


Delhaize America
PO Box 198135
Atlanta, GA 30384-8135


Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275


Demian Soleil Costa
845 E Heartstrong St.
Superior, CO 80027


Democracy Capital Corporation
c/o Joyce A. Kuhns, Esq.
Offit Kurman
300 E. Lombard Street, Suite 2010
Baltimore, MD 21202


Destini Global
PO Box 776826
Chicago, IL 60677-3826


Dirty Hands
69 Melba St.
Milford, CT 06460


Dominic S. Yacovella Jr.
5256 E. Barwick Drive
Cave Creek, AZ 85331


Donald McDonald
2180 Royal Oaks Dr.
Rockledge, FL 32955


Earth Kosher
2030 20th St.
#3
Boulder, CO 80302

Eastern Lift Truck
P.O. Box 307
Maple Shade, NJ 08052

Eightyfour.Fiftyone (84.51)
PO Box 635029
Cincinnati, OH 45263-5029

EPIC Provisions
PO Box 684581
Austin, TX 78768

Eurofins Microbiology Laboratories
PO Box 1445
Carol Stream, IL 60132-1445

Express Service, Inc.
9701 Broadway Blvd
Oklahoma, OK 73162

Falling Green Capital LLC
3718 Falling Green Way
Mount Airy, MD 21771

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

First Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Fleet Street Club III L.P.
11770 US Highway 1
Suite 503
Palm Beach Gardens, FL 33408

Flock Freight Inc.
701 S. Coast Hwy 101
Encinitas, CA 92024

Florida Department of Revenue
Out of State Collections Unit
1401 W US Highway 90, Suite 100
Lake City, FL 32055-6123


Flywheel Digital
1801 Porter St., #300
Baltimore, MD 21230


Force Brands
6 Harrison Street
New York, NY 10013


Freeosk Inc.
200 S. Wacker Drive
Suite 975
Chicago, IL 60606


Fresh Source FSN
PO Box 18833
Anaheim, CA 92817


Fresh Source PNW
690 S. Highway 89, Suite 200
Box 7403
Jackson, WY 83002


Front & Center Marketing
3056 8th St.
Boulder, CO 80304


Gabriel Poggi
1203 Boyce Ave.
Towson, MD 21204


Gillespie Group Inc.
5 Chris Court
Suite G
Dayton, NJ 08810


Gluten Intolerance Group
31214 - 124 Ave SE
Auburn, WA 98092-3667

Gournay Consulting
24 Forest Blend Drive
Titusville, NJ 08560


GP Stamas Family Trust
8 Waterbury Court
Baltimore, MD 21212


Gregory Vetter
595 Owensville Rd.
West River, MD 20778


Hague Quality Water of Maryland Inc.
814 East College Parkway
Annapolis, MD 21409


HC Signs LLC
6036 Rossville Blvd.
Essex, MD 21221


HEK LLC dba KMG
800 Nicollet Mall
Suite 2520
Minneapolis, MN 55402


Highland Plastics
3650 Dulles Drive
Mira Loma, CA 91752


Hogan Lovells
Harbor East
100 International Drive
Baltimore, MD 21202


Howard Bank
10155 Baltimore National Pike
Ellicott City, MD 21042


Hub Labels Inc.
18223 Shawley Dr.
Hagerstown, MD 21740

Hygiena
941 Avenida Acaso
Camarillo, CA 93012


Industrial Fumigant Company LLC
13420 West 99th St.
Lenexa, KS 66215


Ingersoll Rand
15768 Collections Center Dr.
Chicago, IL 60693


Inline Filling Systems
216 Seaboard Avenue
Venice, FL 34285


Innovative Packaging Systems
103-B East Jarrettsville Rd.
Forest Hill, MD 21050


Inspiralized
77 Hudson St.
Apt 3011
Jersey City, NJ 07302


Instacart
PO Box 7263
San Francisco, CA 94120


Integrity Express
62488 Collections Center Drive
Chicago, IL 60693-0624


Internal Revenue Service
PO Box 742562
Cincinnati, OH 45280-2562


Interstate Sales
1921 York Rd.
Suite 6
Timonium, MD 21093

IP Direct s.r.o.
Olsanska 54/3
Zizkov, 130 00 Praha 3
Czech Republic


ItemMaster
30 N. LaSalle St.
Suite 3500
Chicago, IL 60602


Iterable
71 Stevenson St.
Suite 300
San Francisco, CA 94105


Jack Shields
1204 Winterthur Lane
Quakertown, PA 18951


John Ege
100 St. Paul St.
Suite 800
Denver, CO 80206


Jonathan & McKenzie Kish
1132 Wayfaren Lane
Charleston, SC 29412


Jupiter Fund LLC
102 W. Pennsylvania
Suite 100
Towson, MD 21204


K2 Trust, LLC
5244 N. 37th Place
Paradise Valley, AZ 85253


Kalpesh Patel
17950 N. 68th St., #1016
Phoenix, AZ 85054


Kalsec
P.O. Box 50511
Kalamazoo, MI 49005-0511

Kathleen Seighman
1508 Decatur St.
Baltimore, MD 21230


Kelly & Associates
1 Kelly Way
Sparks Glencoe, MD 21152


King Kullen
185 Central Avenue
Bethpage, NY 11714-3929


King Pallet
1112 Hengemihle Ave
Baltimore, MD 21221


KOFA Public Affairs
111 South Calvert Street
Suite 2820
Baltimore, MD 21202


Lambeth Groves
505 66th Ave S.W.
Vero Beach, FL 32968


Lancaster Fine Foods
501 Richardson Dr.
Lancaster, PA 17601


Land & Lemle
3135 Ellicott St. N.W.
Washington, DC 20008


LEAF
P.O. Box 5066
Hartford, CT 06115-5066


Levisay Consulting
1284 Fairview Road NE
Atlanta, GA 30306

Lindsey Baruch
2811 Cardiff Avenue
Los Angeles, CA 90034


Liquid Assets
PO Box 296
Jarrettsville, MD 21084


M&C Irrevocable Trust
5973 West Cielo Grande
Glendale, AZ 85301


M.J. Morgan Group, LLC
205 Harborview Drive
Baltimore, MD 21230


Madavor Media
25 Braintree Hill Office Park
#404
Braintree, MA 02184


Margrave Strategies
6421 Sundown Trail
Columbia, MD 21044


Martel Laboratories JDS Inc.
1025 Cromwell Bridge Road
Baltimore, MD 21286


Matthew Vetter
322 Prospect Bay Dr. W
Grasonville, MD 21638


MCDJR-Tesse LLC
4455 South Holly St.
Cherry Hills Village, CO 80111


MCDJR-TESSE, LLC
c/o Richard L. Costella, Esq.
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202

MegaCorp Logistics LLC
1011 Ashes Drive
Wilmington, NC 28405


Mid-Atlantic Recruiters
19 Woodfield Court
Reisterstown, MD 21136


Midland IRA
Attn: Damian O'Doherty
P.O Box 07520
Fort Myers, FL 33919


Miles & Stockbridge
100 Light St.
Baltimore, MD 21202


Mizkan America, Inc.
27772 Network Place
Chicago, IL 60673-1277


MoLo Solutions
3801 Old Greenwood Rd.
Fort Smith, AR 72903


Moscoe Group
10900 Wayzata Blvd.
Suite 600
Minnetonka, MN 55305


MSPI Investments
Attn: Devin Semler
2724 Elderoak Rd.
3rd Floor
Thousand Oaks, CA 91361


National Registered Agents
PO Box 4349
Carol Stream, IL 60197-4349


Natural Food Ingredient Inc. dba Noour
7391 Count Circle
Huntington Beach, CA 92647

Natural Grocers
12612 W. Alameda Pkwy
Lakewood, CO 80228


Neil Cooper
28187 Meadowlark Dr.
Golden, CO 80401


Nemphos Braue LLC
210 W. Pennsylvania Avenue
Suite 200
Towson, MD 21204


NetSuite / Oracle
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693


New Benefits, Ltd.
P.O. Box 803475
Dallas, TX 75380


New England Sales
55 Corporate Park Dr.
#201
Pembroke, MA 02359


Nielsen Company, The
PO Box 88956
Chicago, IL 60695-8956


No Crumbs Left
1929 W Roscoe St.
Chicago, IL 60657


Nugget Market
311 Mace Blvd.
Davis, CA 95618


Parker Associates
222 Lookout Lane
Annapolis, MD 21409

Parker Plastics, Inc.
8201 109th Street
Suite 200
Pleasant Prairie, WI 53158


Patient First
PO Box 759041
Baltimore, MD 21275-9041


Penske
5 Nashua Court
Essex, MD 21221


Perry, White, Ross & Jacobson
125 Cathedral Street
Annapolis, MD 21401


Peter R. McDermott
1 Pond Dr.
Englewood, CO 80113


Petitbon Alarm
2151 Priest Bridge Dr.
#41
Crofton, MD 21114


PMCD Tesse
1 Pond Dr.
Englewood, CO 80113


PMCDTESSE, LLC
c/o Richard L. Costella, Esq.
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202


PMI
2217 Wicomico Road
Baltimore, MD 21221


Produce Marketing Association
PO Box 6036
Newark, DE 19714-6036

Puget Consumers Co-Op
3131 Elliot Ave.
Suite 500
Seattle, WA 98121


R&S Ventures
6611 Silverthorne Ln
Rogers, AR 72758


Rebecca Scritchfield Media
Attn: Rebecca Scritchfield
2711 Jenifer St. NW
Washington, DC 20015


Recess Digital Inc.
578 Washington Blvd, #661
Marina Del Rey, CA 90292


Reliance Fire Protection
709 E. Ordance Road
Suite 510
Baltimore, MD 21226


RG Group
650 North State Street
York, PA 17403


Riega Foods LLC
8700 Elmwood
Suite 400
Kansas City, MO 64132


Riteway Food Brokers
PO Box 24539
Lakeland, FL 33802


Robert F. McDermott
4455 South Holly Street
Cherry Hills Village, CO 80111


Robert J. Sweeney
73 Willowmere Circle
Riverside, CT 06878

```
RSM US LLP
80 City Square
Boston, MA 02129


S&H Transport Inc.
728 N. Broad St.
York, PA 17403


S. H. Berger Associates Inc.
16 Woodholme Ave.
Baltimore, MD 21208-1403


Sage 7 HR Solutions
Attn: Glenn Funeaux
8720 Moor Park Run
Duluth, GA 30097


Saputo
2515 Collection Centre Dr.
Chicago, IL 60693


Scott Carmel
110 Venetian Way
Dildo Island
Miami Beach, FL 33139


Sensitech
800 Cummings Center
Suite 258X
Beverly, MA 01915


Shane Semler
3211 Mulholland Hwy
Malibu, CA 90265


Shred-It
28883 Network Place
Chicago, IL 60673


SI Staffing LLC
31 Light Street
Baltimore, MD 21202
```

Silliker
3155 Paysphere Circle
Chicago, IL 60674


Silverson Machines
355 Chestnut Street
PO Box 589
East Longmeadow, MA 01028


Simply Nourished
17126 480th Ave
Easton, MN 56025


Singer Group, The
12915 Dover Road
Reisterstown, MD 21136


Soom Foods
428 E. Erie Ave.
Philadelphia, PA 19134


Sovena
1 Olive Grove St.
Rome, NY 13441


Spartan Race
234 Congress Street
5th Floor
Boston, MA 02110


SpecWorks
810 S. Bond St.
Baltimore, MD 21231


Spins
222 W. Hubbard Street
Suite 300
Chicago, IL 60654


Staples
615 Bel Air Rd.
Bel Air, MD 21014

Sunrise Foods
306 Queen Street, Suite 200
Saskatoon, SK S7K 0M2, Canada


SuperValu
11840 Valley View Road
Eden Prairie, MN 55344


Supply Chain Excellence
335 Winn Park Court
Roswell, GA 30075


SupplyPike
3739 M Steele Blvd, #300
Fayetteville, AR 72703


Survey.com
PO Box 80147
City of Industry, CA 91716-8147


SVB Food and Beverage Co.
717 Corning Way
Martinsburg, WV 25405


Syndigo LLC
141 W. Jackson Blvd.
Suite 1220
Chicago, IL 60604


Taylor Northeast Inc (TNE)
1003 North Kresson Street
Baltimore, MD 21205


Team Staffing
5517 Selma Ave.
Baltimore, MD 21227


Tenacious Adventures
Attn: Kipp Lasseter
5244 N. 37th Place
Paradise Valley, AZ 85253

Thomson Reuters West Publishing Corp.
Payment Center
PO Box 6292
Carol Stream, IL 60197-6292


Thrive Market
5340 Alla Rd.
Suite 105
Los Angeles, CA 90066


Tipalti Inc.
1810 Gateway Dr.
Suite 300
San Mateo, CA 94404


Tradin Organics USA LLC
100 Enterprise Way
Suite B 101
Scotts Valley, CA 95066


Tricorbraun
6 CityPlace Dr.
Saint Louis, MO 63141


U.S. Trademark Compliance
1201 N Orange St.
Suite 7459
Wilmington, DE 19801


Uline
PO Box 88741
Chicago, IL 60680-1741


Vor Inc.
27 Steam Whistle Drive
Ivyland, PA 18974


Walmart
670 Los Morros Road NW
Los Lunas, NM 87031


Waste Management - Recycle America
PO Box 73356
Chicago, IL 60673

Waste Management – Trash
P.O. Box 13648
Philadelphia, PA 19101-3648


Waste Management-Temp Roll-Off Container
P.O. Box 13648
Philadelphia, PA 19101-3648


WB Mason
PO Box 981101
Boston, MA 02298-1101


Wells Fargo
PO Box 070241
Philadelphia, PA 19176-0241


West, Edward & Aitken
PNC Bank Building
409 Washington Ave.
Suite 110
Baltimore, MD 21204


Winchester Cold Storage Co.
605 N. Loudoun St.
Winchester, VA 22601


Wisconsin Spice
478 Industrial Park Rd.
Box 190
Berlin, WI 54923


Wm. P. McGovern, Inc.
920 South Bolmar
West Chester, PA 19382


Worldwide Express
2323 Victory Avenue
Dallas, TX 75219


ZeroFOX, Inc.
1834 S. Charles St.
Baltimore, MD 21230