**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Tessemae's LLC,[1]<br><br>           Debtor. | (Chapter 11)<br><br>Case No. 23-10675 (__) |

**LINE SUBMITTING DEBTOR'S
AMENDMENT TO THE CREDITOR MATRIX**

      Tessemae's LLC hereby files this Amendment to the Creditor Matrix pursuant to Local Bankruptcy Rule 1007-1(c). This Amendment to the Creditor Matrix adds three addresses of certain creditors who were not listed on the matrix originally filed with this Court.

Dated: February 1, 2023       **COLE SCHOTZ P.C.**

                                    By:  */s/ Gary H. Leibowitz*
                                               Gary H. Leibowitz (Bar No. 24717)
                                               Irving E. Walker (Bar No. 00179)
                                               H.C. Jones III (Bar No. 20064)
                                               300 East Lombard Street, Suite 1111
                                               Baltimore, MD 21202
                                               (410) 230-0660
                                               (410) 230-0667 (fax)
                                               gleibowitz@coleschotz.com
                                               iwalker@coleschotz.com
                                               hjones@coleschotz.com

                                               *Proposed Counsel for Debtor and Debtor-In-Possession*

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are Tessemae's LLC (2871). The Debtor's principal address is 714 South Wolfe Street, P.O. Box No. 38438, Baltimore, Maryland 21231.