IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:  (Chapter 11)

Tessemae's LLC,[1]  Case No. 23-10675 (__)

Debtor.

## AMENDMENT TO THE CREDITOR MATRIX

Additional Creditor Addresses:

CE CID LLC
2410 Evergreen Road
Gambrills, MD 21054

LEC LLC
845 E. Heartstrong St.
Superior, CO 80027

Vetter Brothers Manufacturing, LLC
Attn: Brian Vetter
595 Owensville Road
West River, MD 20775

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are Tessemae's LLC (2871). The Debtor's principal address is 714 South Wolfe Street, P.O. Box No. 38438, Baltimore, Maryland 21231.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the creditors listed on the foregoing Amendment to Creditor Matrix were served a copy of the Notice of Chapter 11 Bankruptcy Case by first-class mail, postage prepaid.

Dated: February 1, 2023                  */s/ Gary H. Leibowitz*
                                                                Gary H. Leibowitz