IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

Tessemae's LLC,

         Debtor.

(Chapter 11)

Case No. 23-10675(NVA)

# DECLARATION OF J.R. SCHUBLE IN SUPPORT OF DEMOCRACY CAPITAL CORPORATION'S OMNIBUS OBJECTION TO DEBTOR'S FIRST DAY MOTIONS

1. I am over the age of 18 and competent to testify to the matters stated herein.

2. I am the President of Democracy Capital Corporation ("Democracy").

3. In the spring of 2013, Tessemae's, LLC ("Tessemae's") obtained certain credit accommodations from Howard Bank, and this relationship continued for the succeeding five years until Democracy agreed to purchase Howard Bank's loan documents.

4. Democracy and Tessemae's agreed to a modification of certain Howard Bank loans to Tessemae's that consolidated and increased the combined principal amounts of those loans to $3,000,000 (as consolidated, the "Loan"), and the modified terms of the Loan were evidenced by the Second Amended and Restated Loan and Security Agreement dated April 10, 2018 (the "Loan Agreement"), and the Consolidated, Amended and Restated Promissory Note (the "Note") dated April 10, 2018 from Tessemae's to the order of Democracy in the principal amount of $3,000,000.

5. A true and correct copy of the Loan Agreement is attached to Democracy's Omnibus Objection as **Exhibit ("Ex.") 1**.

6. A true and correct copy of the Note is attached to Democracy's Omnibus Objection as **Ex. 3**.

7.  The Note provides that upon maturity, Tessemae's must pay an exit fee equal to $7,500,000 (the "Exit Fee"); or, if certain conditions were satisfied and no default existed, Tessemae's could issue a warrant, providing, among other things, the holder the right to receive a 5.00% ownership interest in Tessemae's, with a minimum value of $7,500,000, senior in all respects to other equity. *See* **Ex. 3**, §1.

8.  In connection with the Loan, on or about April 9, 2018, certain investors holding options to buy securities in Tessemae's provided subordinated loans to Tessemae's, the proceeds of which were to be used by Tessemae's to buy back or rescind the sale options and the net proceeds of which could be used by Tessemae's for working capital as evidenced by a Loan and Security Agreement of the same date (the "Recission Loan and Security Agreement"). The Recission Loan and Security Agreement was entered into by Tessemae's and the following subordinated lenders: MCDJR-Tesse, LLC; PMCDTesse, LLC; LEC, LLC; and CE CID, LLC (each a "Subordinated Creditor"). A true and correct copy of the Subordinated Loan and Security Agreement is attached to the Omnibus Objection as **Ex. 4**.

9.  Pursuant to individual Subordination Agreements each dated April 10, 2018 in favor a Democracy, each Subordinated Creditor agreed, among other things, to fully subordinate all payments from, and liens against assets of, Tessemae's to all present or future indebtedness and obligations of any nature by Tessemae's to Democracy (the "Senior Debt"). A true and correct copy of the Subordination Agreement in favor of Democracy by MCDJR-Tesse, LLC is attached to the Omnibus Objection as **Ex. 5**. A true and correct copy of the Subordination Agreement in favor of Democracy by PMCDTesse, LLC is attached to the Omnibus Objection as **Ex. 6**. A true and correct copy of the Subordination Agreement in favor of Democracy by LEC, LLC, LLC is attached to the Omnibus Objection as **Ex. 7**. A true and correct copy of the Subordination Agreement in favor of Democracy by CE CID, LLC is attached to the Omnibus Objection as **Ex. 8**.

10. The Loan matured on April 10, 2020. Tessemae's has never delivered to Democracy either the Exit Fee or a warrant that was duly authorized or that satisfied the terms of the Note.

11. Accordingly, on April 10, 2020, the Exit Fee set forth in Section 1.5 of the Note became due and owing.

12. To date, Tessemae's has not made any payments towards the Exit Fee which remains due and owing, plus interest, default interest, attorneys fees and costs. *See* **Ex. 3**, §1.2.

13. Democracy filed a Second Amended Complaint against Tessemae's, *et al*. in the Circuit Court for Baltimore County, Maryland, Case No. C-03-cv-20-004048, seeking a monetary judgment in excess of $13 million dollars under the Loan.

14. The records attached to Democracy's Omnibus Objection as Exhibits 1 and 3 through 8:

    a. Are true and correct copies of the records that were made near the time of the occurrence of the matters set forth by the information transmitted by a person with knowledge of these matters;

    b. Were kept in the ordinary course of the regularly conducted activity; and

    c. Were made and kept by the regularly conducted business activity as a regular practice.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: <u>February 2, 2023</u>                                              <u>/s/ J.R. Schuble</u>
                                                                                                     J.R. Schuble, Declarant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of this Omnibus Objection and Declaration of J.R. Schuble in Support will be served electronically by the Court's CM/ECF system on the following:

J. Dan Ford, Assistant United States Trustee
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
j.dan.ford@usdoj.gov

Hugh M. Bernstein, Assistant United States Trustee
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, MD 21201
hugh.m.bernstein@usdoj.gov

I FURTHER CERTIFY that on February 2, 2023, copies of the Omnibus Objection and Declaration of J.R. Schuble in Support were served via First-Class mail, postage prepaid, on the parties listed on the attached service list.

I CERTIFY the foregoing statements are made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

## **SERVICE LIST**

| | |
|---|---|
| PMCDTESSE, LLC and MCDJR-TESSE, LLC<br>c/o Richard L. Costella, Esq.<br>Tydings & Rosenberg LLP<br>One East Pratt Street, Suite 901<br>Baltimore, MD 21202 | CE CID LLC<br>2410 Evergreen Road<br>Gambrills, MD 21054 |
| LEC LLC<br>845 E. Heartstrong St.<br>Superior, CO 80027 | Vetter Brothers Manufacturing, LLC<br>Attn: Brian Vetter<br>595 Owensville Road<br>West River, MD 20775 |
| Peter R. McDermott<br>1 Pond Dr.<br>Englewood, CO 80113 | Robert F. McDermott<br>4455 South Holly Street<br>Cherry Hills Village, CO 80111 |
| Clearview Group<br>Attn: Brian Davis<br>11155 Red Run Blvd., Suite 410<br>Owings Mills, MD 21117 | Jupiter Fund LLC<br>102 W. Pennsylvania, Suite 100<br>Towson, MD 21204 |
| K2 Trust, LLC<br>5244 N. 37th Place<br>Paradise Valley, AZ 85253 | Fleet Street Club III L.P.<br>11770 US Highway 1, Suite 503<br>Palm Beach Gardens, FL 33408 |
| Benjamin H. Griswold IV<br>901 S. Bond St., Suite 400<br>Baltimore, MD 21231 | David Charles Moran<br>375 W. Royal Flamingo Dr.<br>Sarasota, FL 34236 |

| | |
|---|---|
| GP Stamas Family Trust<br>8 Waterbury Court<br>Baltimore, MD 21212 | Tenacious Adventures<br>Attn: Kipp Lasseter<br>5244 N. 37th Place<br>Paradise Valley, AZ 85253 |
| M&C Irrevocable Trust<br>5973 West Cielo Grande<br>Glendale, AZ 85301 | C&J Irrevocable Trust<br>5973 West Cielo Grande<br>Glendale, AZ 85301 |
| John Ege<br>100 St. Paul St., Suite 800<br>Denver, CO 80206 | Scott Carmel<br>110 Venetian Way<br>Dildo Island<br>Miami Beach, FL 33139 |
| Christina Pagano<br>14 Lost Run Trail<br>Zionsville, IN 46077 | Brown, Goldstein & Levy, LLP<br>120 E. Baltimore Street, Suite 2500<br>Baltimore, MD 21202 |
| Altus Receivables Management, Trust Account<br>2400 Veterans Memorial Blvd.<br>Kenner, LA 70062 | Falling Green Capital LLC<br>3718 Falling Green Way<br>Mount Airy, MD 21771 |
| Donald McDonald<br>2180 Royal Oaks Dr.<br>Rockledge, FL 32955 | Deborah Grove Living Trust<br>Attn: Deborah M. Grove<br>5936 Elmer Derr Rd.<br>Frederick, MD 21703 |
| Lawrence A. Katz, Esquire<br>Hirschler Fleischer<br>1676 International Drive, Suite 1350<br>Tysons, Virginia 22102 | |

Date:   February 2, 2023

/s/ Joyce A. Kuhns
_____
Joyce A. Kuhns, Esq. (03979)