UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TESSEMAE'S LLC, | ) | |
| | ) | Case No. 23-10675-NVA |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that C. Kevin Kobbe and the law firm of DLA Piper LLP

(US) enter their appearance on behalf of Jupiter Fund LLC, a creditor and party in interest in this

bankruptcy case, and, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code

and Rules 2002, 3017 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request that all

notices, pleadings and papers be served on the following:

C. Kevin Kobbe, Esquire
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Email: kevin.kobbe@us.dlapiper.com
Telephone: (410) 580-4189
Facsimile: (410) 580-3189

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices,

pleadings and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules

identified above, but also includes all notices, pleadings and papers of any kind, whether formal

or informal, that are filed, served and/or transmitted in connection with this case.

NOTICE IS FURTHER GIVEN that the filing of this Notice of Appearance and Request

for Service is not intended to be a waiver or relinquishment of any right, including but not limited

to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a

district court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims, actions or interests to which Jupiter Fund LLC may be entitled, whether in law or in equity, all of which are hereby expressly reserved.

Dated:  February 6, 2023

Respectfully submitted,

 */s/ C. Kevin Kobbe*
C. Kevin Kobbe (Bar No. 07968)
kevin.kobbe@us.dlapiper.com
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Counsel for Jupiter Fund LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 6th day of February, 2023, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the foregoing *Notice of Entry of Appearance and Request for Service* will be served electronically by the Court's CM/ECF system on the following:

- **Gary H. Leibowitz**          gleibowitz@coleschotz.com
                                 pratkowiak@coleschotz.com
                                 bankruptcy@coleschotz.com
                                 lmorton@coleschotz.com

- **Richard L. Costella**        rcostella@tydings.com
                                 jmurphy@tydings.com

- **Joyce A. Kuhns**             jkuhns@offitkurman.com

- **Lawrence A. Katz**           lkatz@hirschlerlaw.com
                                 llewis@hirschlerlaw.com
                                 aklena@hirschlerlaw.com

- **Hugh M. Bernstein**          hugh.m.bernstein@usdoj.gov

- **James Daniel Ford**          j.dan.ford@usdoj.gov

- **US Trustee – Baltimore**     USTPRegion04.BA.ECF@USDOJ.GOV

*/s/ C. Kevin Kobbe*

EAST\200587227.1