**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: | (CHAPTER 11) |
| Tessemae's LLC,[1] | CASE NO. 23-10675 (NVA) |
| Debtor. | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby files its respective Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA" and, with the Schedules, the "Schedules and Statement") in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors and professionals, prepared the Schedules and Statement in accordance with section 521 of title 11 of chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statement.

Unless otherwise noted, the Schedules and Statement have been prepared in accordance with the Debtor's accounting policies and procedures. While the Debtor's management and professionals have made every reasonable effort to ensure that the Schedules and Statement are accurate and complete based on the information that was available and reasonably accessible at the time of preparation, the subsequent receipt, discovery, or review of any additional information not used in creation of the Schedules and Statement may result in changes to the financial data and other information contained in such Schedules and Statement, and inadvertent errors or omissions may exist. The Debtor has filed an application seeking the retention of Aurora Management Partners, Inc. ("AMP") as its financial advisor. AMP has begun the process of reviewing and reconciling the Debtor's financial records, including the Debtor's accounts receivable and accounts payable. Additionally, the Schedules and Statement are unaudited, so there can be no assurance that the information contained therein is complete. Accordingly, the Debtor reserves all rights to amend or supplement the Schedules and Statement in all respects, as

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are Tessemae's LLC (2871). The Debtor's principal address is 714 South Wolfe Street, P.O. Box No. 38438, Baltimore, Maryland 21231.

65577/0002-44644147v1

may be necessary or appropriate.

**1. Reservation of Rights**. Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case including, but not limited to, any issues involving objections to claims, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**2. Description of the Case and "As of" Information Date**. On February 1, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief with the Bankruptcy Court under chapter 11 of the Bankruptcy Code.

The Debtor has elected to present the income / loss and asset values as they appeared as of the January 2023 month-end close. Procedures were, and currently are, in place to clearly delineate pre-and post-petition liabilities. Consequently, the liabilities, as presented, are reflective of the pre-petition liabilities as of the Petition Date.

**3. Basis of Presentation**. The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") nor are they intended to fully reconcile to the financial statements prepared by the Debtor.

**4. Insiders**. For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or officers of the Debtor and (d) persons in control of the Debtor. Except as otherwise disclosed, payments to insiders listed in (a) through (d) above are set forth on Attachment 3c to the Debtor's SOFA.

Persons listed as "insiders" include those officers elected by the board. Board members and owners have been included for informational purposes only and such listing is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**5. Excluded Assets and Liabilities**. Liabilities resulting from accruals and/or estimates of long-term liabilities do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules and Statement. Additionally, certain deferred charges, accounts or reserves recorded for GAAP reporting purposes only and certain assets with a net book value of zero are not included in the Debtor's Schedules. Excluded categories of assets and liabilities include goodwill, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

2

**6.**  **Employee Confidential Information**. The Debtor has not provided the home addresses of the officers, directors, and employees referenced in the Schedules and Statement for privacy purposes.

**7.**  **Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

> a.  **Current Market Value — Net Book Value**.  In many instances, current market valuations are neither maintained by nor readily available to the Debtor. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests that are not maintained or readily available. Accordingly, unless otherwise indicated, the Schedules and Statement reflect the net book values, rather than current market values, of the Debtor's assets as of December 31, 2022 and may not reflect the net realizable value. For this reason, amounts ultimately realized will vary, at some times materially, from net book value.

> b.  **First-Day Orders**. Pursuant to various "first-day" orders issued by the Bankruptcy Court, the Debtor was authorized to pay certain prepetition claims, including, without limitation, claims relating to employee wages and benefit claims.  However, the claims listed in the Schedules and Statement may not reflect amounts paid pursuant to these various "first-day" orders. To the extent claims listed on the Schedules and Statement have been or are subsequently paid pursuant to an order of the Bankruptcy Court (including the First-Day Orders), the Debtor reserves all rights to amend or supplement their Schedules and Statement as is necessary and appropriate. Further, the Debtor was authorized to pay certain prepetition amounts due under certain insurance programs. As such, the Debtor has not included claims of this nature in the Schedules and Statement.

> c.  **Setoffs**. To the extent the Debtor incurred any ordinary course setoffs from customer/vendors such ordinary course setoffs are excluded from the Debtor's Schedules and Statement.

> d.  **Credits and Adjustments**.  Claims of creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor.  The Debtor reserves all of its rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections and/or setoffs with respect to same.

**8.**  **Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown," "undetermined," or "to be determined," such response is not intended to reflect upon the materiality of such amount.

**9.**  **Estimates**. The Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtor reserves all rights to amend the reported amounts of assets, liabilities, reported revenue and expenses to reflect changes in those estimates and assumptions.

**10. Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," (c) on Schedule F as "unsecured priority," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of any claimant, or a waiver of the Debtor's right to recharacterize or reclassify any claim or contract.

**11. Claims Description**. Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their respective Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right to amend the Schedules accordingly.

## NOTES TO THE DEBTOR'S SCHEDULES

**1. Schedule B**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its respective causes of action or potential causes of action against third parties as assets in their respective Schedules and Statement, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtor reserves all of its respective rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**2. Schedule D — Creditors Holding Secured Claims**.  Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtor and/or its estate reserves its right to dispute or challenge the amount, validity, perfection, priority or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken. Further, the Debtor has included the results of searches performed in connection with the Uniform Commercial Code prior to the Petition Date, however, the listing of such results is not nor shall not be deemed an admission as to the validity of any such lien.  The Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.

The claims listed in Schedule D include only the unpaid principal value of such claims, with the exception of the claim of Democracy Capital Corporation, which is expressly disputed. All other secured claims may include, in addition to unpaid principal, accrued and unpaid interest, fees, and other charges provided for in the loan documents, as may be determined to be allowable in the bankruptcy case.

65577/0002-44644147v1

The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits. Further, pursuant to certain orders of the Bankruptcy Court entered in the Debtor's chapter 11 case, the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims that are or may be secured. Accordingly, these liabilities may have been or may be satisfied in accordance with the applicable orders and therefore are not listed on Schedule D.

3. **Schedule E — Creditors Holding Unsecured Priority Claims**.  To the extent the Debtor has listed the claims or potential claims of various taxing authorities, such listing of a claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under Section 507 of the Bankruptcy Code. The Debtor reserves the right to dispute the priority status of any claim on any basis.

4. **Schedule F — Creditors Holding Unsecured Nonpriority Claims**.  Certain creditors listed on Schedule F may owe amounts to the Debtor and, as such, may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule F do not reflect any such right of setoff or recoupment and the Debtor reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.  The Debtor reserves its right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F of any Debtor.

In addition, certain claims listed on Schedule F may be entitled to priority under 11 U.S.C. § 503(b)(9).

The Debtor has made its best efforts to include all creditors on Schedule F; however, the Debtor believes there may be instances where vendors have yet to provide proper invoices for prepetition goods or services.  While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such have not been included on Schedule F.

5. **Schedule G — Executory Contracts and Unexpired Leases**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively the "Agreements"), a review of such Agreements is ongoing and inadvertent errors, omissions or over-inclusion may have occurred.  The Debtor may have entered into various Agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements.  Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other

documents, instruments and agreements which may not be listed on Schedule G.

Any and all of the Debtor's rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtor hereby reserves all of its rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) amend or supplement such Schedule as necessary.

### NOTES TO THE DEBTOR'S SOFA

**1. SOFA 1.** Revenue was presented for FY'21, FY'22 and YTD'23 through January 31, 2023.

**2. SOFA 3 and 23**.

Payments to Creditors. The Debtor has not scheduled payments made to employees during the 90 days prior to the Petition Date to the extent that such payments were ordinary course payments of wages, other compensation, or expense reimbursement to employees that were not officers or directors of the Debtor.

Payments to Insiders. On the Statement of Financial Affairs 3c and 23, the Debtor has included distributions made over the twelve months preceding the filing to any individual deemed an Insider when the Debtor made such payments.

Other Transfers. The Debtor makes transfers between its bank accounts and within its cash management system in the ordinary course of business. These transfers are not included in this section.

**3. SOFA 4(a)**. The Debtor reserves all of its rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor or any affiliates of the Debtor. The Debtor also reserves its rights to assert that neither the Debtor nor any affiliate of the Debtor is an appropriate party to such actions or proceedings.

**4. SOFA 19(d).** The information listed in this section is based on the Debtor's best efforts at compiling a comprehensive list. The Debtor may be unaware of certain financial information provided to banks, customers, suppliers, potential investors, rating agencies and various other interested parties in the ordinary course of business.

Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statement, and neither is liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information. While every

6

effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

| Fill in this information to identify the case: |
| --- |

Debtor name __**Tessemae's LLC**__

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) __**23-10675**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **2,462,270.63**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **2,462,270.63**

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **18,262,501.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **424,948.31**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **34,939,575.87**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b

    $     **53,627,025.18**

| Fill in this information to identify the case: |
|---|

Debtor name  **Tessemae's LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)  **23-10675**

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Sandy Spring Bank** | **Operating Account** | **4301** | **$14,000.00** |
| 3.2. | **Sandy Spring Bank** | **Payroll Account** | **8101** | **$15,925.99** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$29,925.99

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor   **Tessemae's LLC**
Name

Case number *(If known)* **23-10675**

| 11a. 90 days old or less: | 851,974.89 | - | 0.00 | = .... | $851,974.89 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $851,974.89 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Raw materials | | $442,987.38 | | $442,987.38 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale<br>Finished Goods | | $531,796.25 | | $531,796.25 |
| 22. | Other inventory or supplies | | | | |

| 23. | **Total of Part 5.** | $974,783.63 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.   Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor   **Tessemae's LLC**_____   Case number *(If known)* **23-10675**
Name

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **1477 CapX Solutions - Kyocera Printer - IN1685** | $943.38 | | $943.38 |
| **1417 Haymaker Technologies - Reclass Haymaker Technologies Firewall/Warehouse WI-FI** | $13,033.65 | | $13,033.65 |
| **1417 Haymaker Technologies (Wifi Yellow Brick W/h) - T-2009020-A; T-2009020-B. WiFi Installation Yellow Brick warehouse** | $9,998.75 | | $9,998.75 |
| **1448 Barcoding System** | $7,481.26 | | $7,481.26 |
| **Mac Book Computer (5) -Marketing Other 8/19 & 12/19** | $2,615.18 | | $2,615.18 |
| **1439 Costco Apple MacBook for Genevieve Vetter** | $1,825.38 | | $1,825.38 |
| **1330 Micro Center - Marketing laptop, HDMI Cables, Keyboard, Displays, Printer** | $1,536.94 | | $1,536.94 |
| **1330 Micro Center - Finance Team Laptop, Monitor, Keyboard and Mouse** | $1,423.74 | | $1,423.74 |
| **1330 Micro Center (via MC) - Laptop - Dawn Bero / 205039** | $1,275.45 | | $1,275.45 |
| **1330 Micro Center - Dell Precision 3551 Mobile Workstation 15.6" Laptop John Hutchins** | $1,220.24 | | $1,220.24 |
| **1159 Myers-Holum - 11110438452019.12.31_Tessemae's112171130343876Testing Item Fulfillment Workaround11784** | $1,106.25 | | $1,106.25 |
| **1330 Micro Center - DELL **P3541 9850H/16/512/15.6 ; CRUCIAL 32GB 16X2 D4 2666C19DR SD** | $978.64 | | $978.64 |
| **1330 Micro Center - Latitude 3400 14" Laptop** | $973.31 | | $973.31 |

Debtor    **Tessemae's LLC**                                      Case number *(If known)*  **23-10675**
Name

| | | | |
|---|---|---|---|
| **Computer ; Latitude 5500 15.6" Laptop Computer** | | | |
| **1330 Micro Center - Computers** | $884.72 | | $884.72 |
| **1439 Costco - Apple MacBook Air for Tom O'Gara** | $716.81 | | $716.81 |
| **1330 Micro Center - Laptop for New Employee** | $674.89 | | $674.89 |
| **1439 Costco - Apple MacBook Air for Shawn M** | $631.65 | | $631.65 |
| **1330 Micro Center - Laptop for New Employee** | $605.64 | | $605.64 |
| **1470 Best Buy - Reclass Best Buy to FA From CIP** | $514.76 | | $514.76 |
| **1330 Micro Center - Dell Computer for Lee Rideout** | $490.01 | | $490.01 |
| **Laptop?OCT 2019: expense reimb (paycks dtd 10/04/19-10/11/19)** | $462.86 | | $462.86 |
| **1330 Micro Center - Computer** | $415.59 | | $415.59 |
| **1439 Costco - Apple MacBook Air for Taylor Lowry** | $411.77 | | $411.77 |
| **MBA 13.3 SPACE GRAY/1.6GHYZ/8GB/128GB Serial #:FVFYVXU0LYWG Apple Store(Towson)** | $402.84 | | $402.84 |
| **Laptop Micro Center (Towson)** | $394.51 | | $394.51 |
| **1330 Micro Center - Lenovo Laptop for New Employee** | $353.44 | | $353.44 |
| **1330 Micro Center - Lenovo Laptop for New Employee** | $264.98 | | $264.98 |
| **APPLECARE+ FOR MACBOOK & MACGOOK AIR Apple Store(Towson)** | $0.00 | | $0.00 |
| **SALES TAX Apple Store(Towson)** | $0.00 | | $0.00 |

Debtor  **Tessemae's LLC**  Case number *(If known)* **23-10675**
_____
Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | $51,636.64
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1482 Koons Ford of Annapolis - Sprinter Van** | **$22,375.28** | | **$22,375.28** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **1423 Taisei Lamick - Dangan Astron Mark 3 Type NP892 S/N ADA345** | **$135,850.07** | | **$135,850.07** |
| **1423 Taisei Lamick - Dangan Astron Mark 3 (Pouch Machine)** | **$96,183.23** | | **$96,183.23** |
| **1255 World Cup - Cup machine 6260, Registered Film Assembly 36645, 13-32 Dual Machine 23620** | **$44,902.92** | | **$44,902.92** |
| **1255 World Cup 80z Dip Cup Machine - Pump** | **$25,940.12** | | **$25,940.12** |
| **World Cup 1.5oz Dip Cup Machine - Cup Filling Machine** | **$22,878.87** | | **$22,878.87** |
| **1325 Conveyor Handling - Semi-Auto Case Former & Sealer** | **$12,883.02** | | **$12,883.02** |

Debtor   **Tessemae's LLC**                                    Case number *(If known)*  **23-10675**
_____
Name

| | | | |
|---|---|---|---|
| **Crown RC5500 Forklift** | **$9,363.98** | | **$9,363.98** |
| **1445 ARDE Barinco - 0034769-IN** | **$7,191.11** | | **$7,191.11** |
| **1136 Inline Filling Systems 02112020,1107846,02242020 - Filling system 6in Touch Screen Color Slim Bezel** | **$3,866.66** | | **$3,866.66** |
| **1445 ARDE Barinco - 0034664-IN** | **$3,835.20** | | **$3,835.20** |
| **1302 AT Information Products - Production printer** | **$3,425.14** | | **$3,425.14** |
| **1302 AT Information Products - X1 Jet Pro Printer** | **$2,339.23** | | **$2,339.23** |
| **1285 Cummins-Wagner - Pump** | **$1,625.45** | | **$1,625.45** |
| **Wilden Pump 2 -Cummins Wagner - Pump** | **$1,233.10** | | **$1,233.10** |
| **Wilden Pump 2 -Cummins Wagner - Pump** | **$1,160.74** | | **$1,160.74** |
| **X1Jet Advanced Stitch Printer PO6033-AT Info Products - Printer** | **$1,050.26** | | **$1,050.26** |
| **1136 Inline Filling Systems 1110657,1110717 - 6in Touch Screen Color Slim Bezel** | **$805.04** | | **$805.04** |
| **X1Jet Advanced Stitch Printer AT Info Products - Printer** | **$741.76** | | **$741.76** |
| **Metal Detecot [1611300] 1.5 MagTrap Model 135** | **$360.90** | | **$360.90** |
| **Shrink Band** | **$0.00** | | **$0.00** |
| **Inline - Sanitary Diaphram** | **$0.00** | | **$0.00** |
| **Forklift - Crowne Lift** | **$0.00** | | **$0.00** |
| **Freezer** | **$148,469.59** | | **$148,469.59** |
| **Acer Exhibits** | **$4,745.36** | | **$4,745.36** |
| **SkyReach Lift** | **$2,438.12** | | **$2,438.12** |

Debtor **Tessemae's LLC**
Name

Case number *(If known)* **23-10675**

| | | |
|---|---|---|
| **DC032919 - Barcode Factory** | $284.33 | $284.33 |
| **InoPak Laser Printer** | $0.00 | $0.00 |
| **Barcoding Inc. - Bar Code Printer** | $0.00 | $0.00 |
| **Barcoding Inc. - Bar Code Printer** | $0.00 | $0.00 |
| **Inline Filling System Equipment** | $0.00 | $0.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$553,949.48

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br>**Serial Number 85687890; Reg. Number 4305188 - Word Mark and Design - Tessemae's** | Unknown | | Unknown |
| **Serial Number 85687966; Reg. Number 4416905 - Word Mark and Design - Tessemae's All Natural (with sun and anchor logo)** | Unknown | | Unknown |
| **Serial Number 86267565; Reg. Number 4670379 - Word Mark and Design - Taste What Matters** | Unknown | | Unknown |
| **Serial Number 86623358; Reg. Number 4870497 - Word Mark and Design - Crop Circles** | Unknown | | Unknown |

Debtor    **Tessemae's LLC**                                    Case number *(If known)* **23-10675**
_____Name_____

| | | |
|---|---|---|
| Serial Number 86623361; Reg. Number 4870498 - Word Mark and Design - Crop Circles | Unknown | Unknown |
| Serial Number 86818035; Reg. Number 5131285 - Word Mark and Design - Made in Baltimore 'Hon | Unknown | Unknown |
| Serial Number 86914200; Reg. Number 5183040 - Word Mark and Design - Salad Days | Unknown | Unknown |
| Serial Number 87342453; Reg. Number 5251341 - Word Mark and Design - Tessemae's (with sun and anchor logo) | Unknown | Unknown |
| Serial Number 86889820; Reg. Number 5317760 - Word Mark and Design - Kidbucha | Unknown | Unknown |
| Serial Number 90196839; Word Mark and Design - Clean Fuel | Unknown | Unknown |
| Serial Number 90196874; Word Mark and Design - You Can't Outwork a Bad Diet | Unknown | Unknown |
| Serial Number 90244364; Reg. Number 6372792 - Word Mark and Design - You Deserve to Feel Super | Unknown | Unknown |
| Serial Number 88775003; Word Mark and Design - Simplify to Amplify | Unknown | Unknown |
| Serial Number 88788137; Word Mark and Design - Flavor You Can't Ignore | Unknown | Unknown |
| Serial Number 88764275; Reg. Number 6563506 - Word Mark and Design - Simplify Food. Amplify Life. | Unknown | Unknown |
| 61. Internet domain names and websites Tessemaes.com | Unknown | Unknown |

62.    Licenses, franchises, and royalties

63.    Customer lists, mailing lists, or other compilations

| | | |
|---|---|---|
| 64. Other intangibles, or intellectual property Formulations, recipes, intellectual property, brand | Unknown | Unknown |

Debtor    **Tessemae's LLC**                                          Case number *(if known)* **23-10675**
                    Name

65.    **Goodwill**

66.    **Total of Part 10.**                                                              | **Undetermined** |
         Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
         ☑ No
         ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ☑ No
         ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ☑ No
         ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
         Include all interests in executory contracts and unexpired leases not previously reported on this form.

         ☐ No.  Go to Part 12.
         ☑ Yes Fill in the information below.

                                                                                          **Current value of
                                                                                          debtor's interest**

71.    **Notes receivable**
         Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
         has been filed)**
         **Causes of Action against Democracy Capital
         Corporation**                                                                                 **Unknown**
         Nature of claim
         Amount requested                   **To Be Determined**


         **Claims pending in McDevitt Action**                                                          **Unknown**
         Nature of claim
         Amount requested                   **To Be Determined**


75.    **Other contingent and unliquidated claims or causes of action of
         every nature, including counterclaims of the debtor and rights to
         set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.    **Total of Part 11.**                                                              | **To Be Determined** |
         Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☑ No

Debtor   **Tessemae's LLC**
Name

Case number *(If known)*   **23-10675**

☐ Yes

Debtor    **Tessemae's LLC**                                                     Case number *(If known)*  **23-10675**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,925.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $851,974.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $974,783.63 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $51,636.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $553,949.48 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................................> | | To Be Determined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | To Be Determined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,462,270.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,462,270.63 |

---

**Fill in this information to identify the case:**

Debtor name   **Tessemae's LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **23-10675**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A* [†]<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  CE CID LLC**
Creditor's Name

**2410 Evergreen Road, Suite 201**
**Gambrills, MD 21054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
All secured creditors

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: **$370,407.00**  Value of collateral: **Unknown**

**2.2  Clearview Group**
Creditor's Name

**11155 Red Run Blvd. Suite 410**
**Owings Mills, MD 21117**
Creditor's mailing address

**bdavis@cviewllc.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$914,476.00**  Value of collateral: **Unknown**

[†] *See Global Notes.*

Debtor **Tessemae's LLC**
Name

Case number (if known) **23-10675**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
All secured creditors

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **Democracy Capital Corporation** | Describe debtor's property that is subject to a lien | $10,709,375.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Joyce A. Kuhns, Esq.
Offit Kurman
300 E. Lombard Street,
Suite 2010
Baltimore, MD 21202**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**Security Interest**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
All secured creditors

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.4 | **LEC LLC** | Describe debtor's property that is subject to a lien | $308,672.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**845 E. Heartstrong St.
Superior, CO 80027**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
All secured creditors

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.5 | **MCDJR-TESSE, LLC** | Describe debtor's property that is subject to a lien | $1,804,454.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Richard L. Costella,
Esq.
Tydings & Rosenberg LLP
One East Pratt Street, Suite
901
Baltimore, MD 21202**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien

---

Debtor **Tessemae's LLC**
Name

Case number (if known) **23-10675**

---

**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
All secured creditors

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.6 | **PMCDTESSE, LLC** | Describe debtor's property that is subject to a lien | $2,073,541.00 | Unknown |

Creditor's Name

**c/o Richard L. Costella, Esq.
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202**
Creditor's mailing address

**Blanket Lien**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
All secured creditors

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.7 | **Vetter Brothers Manufacturing, LLC** | Describe debtor's property that is subject to a lien | $2,081,576.00 | Unknown |

Creditor's Name

**Attn: Brian Vetter, Manager
595 Owensville Road
West River, MD 20775**
Creditor's mailing address

**Blanket Lien**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **Tessemae's LLC**
Name

Case number (if known) **23-10675**

- [ ] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.

- [✓] Contingent
- [✓] Unliquidated
- [ ] Disputed

All secured creditors

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$18,262,501.00**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Tessemae's LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **23-10675**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Britney Ritter**<br><br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$1,716.00** | **$1,716.00** |
| **2.2** Priority creditor's name and mailing address<br>**CA Franchise Tax Board**<br>**Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257-0511**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**Alleged Tax Liability**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$7,344.00** | **$7,344.00** |

Debtor    **Tessemae's LLC**                                           Case number (if known)    **23-10675**
          _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$41,039.91** | **$9,130.17** |
|---|---|---|---|---|
| | **Channing Cooper** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,110.00** | **$7,110.00** |
|---|---|---|---|---|
| | **Claire Vetter** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,303.11** | **$25,303.11** |
|---|---|---|---|---|
| | **Comptroller of Maryland** **Hampton Plaza** **300 E. Joppa Road** **Plaza Level 1A** **Towson, MD 21286** | Check all that apply. ☐ Contingent ☐ Unliquidated ☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Alleged Tax Liability** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$93,279.71** | **$12,731.83** |
|---|---|---|---|---|
| | **Demian Soleil Costa** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Tessemae's LLC** | Case number (if known) | **23-10675** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Gregory Vetter** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$130,199.97** | **$15,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Kathleen Seighman** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61,599.74** | **$8,409.86** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Matthew Vetter** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53,100.07** | **$10,810.96** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Neil Cooper** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,255.80** | **$4,255.80** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Tessemae's LLC** | | Case number *(if known)* | **23-10675** |
|---|---|---|---|---|

Name

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,136.67 |
|---|---|---|---|

**2K Printing**
**170 W. Westfield Ave**
**Roselle Park, NJ 07204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,317.07 |
|---|---|---|---|

**Acosta**
**P.O. Box 742959**
**Atlanta, GA 30374-2959**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,201.19 |
|---|---|---|---|

**Alan Bridges Consulting**
**265 Island Cove Drive**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,397.45 |
|---|---|---|---|

**Albright's Mechanical Services**
**11 S. Marilyn Avenue**
**Essex, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,106.43 |
|---|---|---|---|

**Allegis Group Holdings, Inc dba Aerotek**
**7301 Parkway Dr.**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,220.39 |
|---|---|---|---|

**Alliance Material Handling**
**8320 Sherwick Ct.**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268,162.50 |
|---|---|---|---|

**Altus Receivables Management, Trust Acco**
**2400 Veterans Memorial Blvd.**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tessemae's LLC**
Name

Case number (if known)    **23-10675**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.39 |
|---|---|---|---|

**American Scale & Equipment**
8839-D Kelso Drive
Baltimore, MD 21221-3141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579.39 |
|---|---|---|---|

**Ameriwaste / EnviroSolutions**
PO Box 554041
Detroit, MI 48255-4041

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,519.55 |
|---|---|---|---|

**Ammon Heisler Sachs Architects, PC**
300 West Pratt Street
Suite 275
Baltimore, MD 21201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,186.52 |
|---|---|---|---|

**Andler Packaging**
PO Box 499125
Everett, MA 02149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,112.00 |
|---|---|---|---|

**ARDE Barinco**
875 Washington Avenue
Carlstadt, NJ 07072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,268.48 |
|---|---|---|---|

**Arrive Logistics**
7701 Metropolis Dr.
Building 15
Austin, TX 78744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,732.50 |
|---|---|---|---|

**AT Information Products**
575 Corporate Drive
Mahwah, NJ 07430

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Tessemae's LLC**                                            Case number (if known)    **23-10675**
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,229.82** |
|------|---|---|---|

**Avena Contracting LLC**
**3 Nashua Court**
**Suite C**
**Baltimore, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00** |
|------|---|---|---|

**Baltimore County Courthouse**
**400 Washington Avenue**
**Room 150**
**Towson, MD 21204-4665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,900.00** |
|------|---|---|---|

**Bazaarvoice**
**PO Box 671654**
**Dallas, TX 75267-1654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,119.63** |
|------|---|---|---|

**Bearing Distributors Inc (BDI)**
**10470 Wilden Drive**
**Suite G**
**Ashland, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,005,251.00** |
|------|---|---|---|

**Benjamin H. Griswold IV**
**901 S. Bond St.**
**Suite 400**
**Baltimore, MD 21231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,148.25** |
|------|---|---|---|

**Big Y**
**PO Box 3050**
**Springfield, MA 01102-3050**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,770.00** |
|------|---|---|---|

**Bozzuto's**
**PO Box 340**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Tessemae's LLC**
_____
Name

Case number (if known)    **23-10675**

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**Brian Vetter**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,800.01**

Basis for the claim: **Employee Wages and 401(k) matching**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**Brody Transportation Co., Inc.**
**621 S. Bentalou Street**
**Baltimore, MD 21223**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,505.00**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** |

**Brown, Goldstein & Levy, LLP**
**120 E. Baltimore Street**
**Suite 2500**
**Baltimore, MD 21202**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$321,009.02**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** |

**C&J Irrevocable Trust**
**5973 West Cielo Grande**
**Glendale, AZ 85301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$607,986.00**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**California Giant Foundation**
**Attn: Cindy Jewell**
**PO Box 1359**
**Watsonville, CA 95077**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$7,500.00**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** |

**CH Robinson**
**P.O. Box 9121**
**Minneapolis, MN 55480-9121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,994.85**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** |

**Channel Solutions LLC**
**1135 August Drive**
**Annapolis, MD 21403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$163.01**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Tessemae's LLC**                                         Case number (if known)    **23-10675**
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366,678.00 |
|---|---|---|---|

**Christina Pagano**
**14 Lost Run Trail**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,071.34 |
|---|---|---|---|

**Cintas - P.O Box 630803**
**P.O. Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,080.98 |
|---|---|---|---|

**Cintas – Safety**
**P.O. Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,667.20 |
|---|---|---|---|

**Cision PR Newswire**
**1205 Indian Creek Court**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CL&D**
**680 Bryant Boulevard**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,035.50 |
|---|---|---|---|

**CleanEdge**
**3121 Wilmarco Dr.**
**Baltimore, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,560.00 |
|---|---|---|---|

**CMC Sales & Marketing**
**Southern California Office**
**12070 Telegraph Rd., Suite 208**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Tessemae's LLC**
_____
Name

Case number (if known) **23-10675**

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Coastline Sales Inc.**
**10971 Bonita Beach Road, Unit #3**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Cold Chain Logistics**
**PO Box 249**
**Annapolis Junction, MD 20701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**Cold Valley Farms**
**PO Box 1080**
**King City, CA 93930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |
|---|---|---|---|

**Concentra**
**P.O Box 18277**
**Baltimore, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,950.00 |
|---|---|---|---|

**Covance Laboratories**
**PO Box 2464**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,724.16 |
|---|---|---|---|

**Criteo Corp.**
**387 Park Avenue South**
**11th and 12th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,400.00 |
|---|---|---|---|

**Crossmark**
**P.O. Box 679885**
**Dallas, TX 75267-9885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Tessemae's LLC**
Name

Case number (if known)  **23-10675**

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,307.00 |
|---|---|---|---|

**Cummins-Wagner**
**10901 Pump House Road**
**Annapolis Junction, MD 20701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,688.28 |
|---|---|---|---|

**Danisco USA Inc. (International Flavor**
**Fragrances)**
**4 New Century Parkway**
**New Century, KS 66031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,555.00 |
|---|---|---|---|

**Data Council, The / IX-One**
**PO Box 744482**
**Atlanta, GA 30374-4482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,558.54 |
|---|---|---|---|

**Dave's Marketplace Square, Inc.**
**1000 Division Street**
**East Greenwich, RI 02818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347,378.00 |
|---|---|---|---|

**David Charles Moran**
**375 W. Royal Flamingo Dr.**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253,785.00 |
|---|---|---|---|

**Deborah Grove Living Trust**
**Attn: Deborah M. Grove**
**5936 Elmer Derr Rd.**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.40 |
|---|---|---|---|

**Delhaize America**
**PO Box 198135**
**Atlanta, GA 30384-8135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tessemae's LLC** | Case number (if known) | **23-10675** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,117.41 |
|---|---|---|---|

**Dell Business Credit**
**Payment Processing Center**
P.O. Box 5275
Carol Stream, IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,502.50 |
|---|---|---|---|

**Destini Global**
PO Box 776826
Chicago, IL 60677-3826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

**Dirty Hands**
69 Melba St.
Milford, CT 06460

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,000.00 |
|---|---|---|---|

**Dominic S. Yacovella Jr.**
5256 E. Barwick Drive
Cave Creek, AZ 85331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253,785.00 |
|---|---|---|---|

**Donald McDonald**
2180 Royal Oaks Dr.
Rockledge, FL 32955

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,956.00 |
|---|---|---|---|

**Eastern Lift Truck**
P.O. Box 307
Maple Shade, NJ 08052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,854.00 |
|---|---|---|---|

**Eightyfour.Fiftyone (84.51)**
PO Box 635029
Cincinnati, OH 45263-5029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tessemae's LLC**
_____
Name

Case number (if known) __23-10675__

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**$2,459.38**

**EPIC Provisions**
**PO Box 684581**
**Austin, TX 78768**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**$3,165.33**

**Eurofins Microbiology Laboratories**
**PO Box 1445**
**Carol Stream, IL 60132-1445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**$5,194.32**

**Express Service, Inc.**
**9701 Broadway Blvd**
**Oklahoma, OK 73162**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**$253,785.00**

**Falling Green Capital LLC**
**3718 Falling Green Way**
**Mount Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**$80,010.02**

**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**$3,122,344.00**

**Fleet Street Club III L.P.**
**11770 US Highway 1**
**Suite 503**
**Palm Beach Gardens, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |

**$40,205.18**

**Flock Freight Inc.**
**701 S. Coast Hwy 101**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Tessemae's LLC**                                     Case number (if known)    **23-10675**
_____
Name

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,233.12 |

**Florida Department of Revenue**
Out of State Collections Unit
1401 W US Highway 90, Suite 100
Lake City, FL 32055-6123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,747.25 |

**Flywheel Digital**
1801 Porter St., #300
Baltimore, MD 21230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |

**Force Brands**
6 Harrison Street
New York, NY 10013

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72,290.00 |

**Freeosk Inc.**
200 S. Wacker Drive
Suite 975
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,250.00 |

**Fresh Source FSN**
PO Box 18833
Anaheim, CA 92817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Fresh Source PNW**
690 S. Highway 89, Suite 200
Box 7403
Jackson, WY 83002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,677.55 |

**Front & Center Marketing**
3056 8th St.
Boulder, CO 80304

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tessemae's LLC**

Name

Case number (if known)    **23-10675**

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,181.00 |
|---|---|---|---|
| | Gabriel Poggi<br>1203 Boyce Ave.<br>Towson, MD 21204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,700.12 |
|---|---|---|---|
| | Genevieve Vetter | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Employee Wages and 401(k) matching_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167,045.40 |
|---|---|---|---|
| | Gillespie Group Inc.<br>5 Chris Court<br>Suite G<br>Dayton, NJ 08810 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | Gournay Consulting<br>24 Forest Blend Drive<br>Titusville, NJ 08560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,203,472.00 |
|---|---|---|---|
| | GP Stamas Family Trust<br>8 Waterbury Court<br>Baltimore, MD 21212 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.00 |
|---|---|---|---|
| | Hague Quality Water of Maryland Inc.<br>814 East College Parkway<br>Annapolis, MD 21409 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.56 |
|---|---|---|---|
| | HC Signs LLC<br>6036 Rossville Blvd.<br>Essex, MD 21221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Tessemae's LLC** | Case number (if known) | **23-10675** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,994.60 |
|---|---|---|---|

**HEK LLC dba KMG**
**800 Nicollet Mall**
**Suite 2520**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,333.86 |
|---|---|---|---|

**Highland Plastics**
**3650 Dulles Drive**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,353.00 |
|---|---|---|---|

**Hogan Lovells**
**Harbor East**
**100 International Drive**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.59 |
|---|---|---|---|

**Hub Labels Inc.**
**18223 Shawley Dr.**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,923.95 |
|---|---|---|---|

**Hygiena**
**941 Avenida Acaso**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,246.00 |
|---|---|---|---|

**Industrial Fumigant Company LLC**
**13420 West 99th St.**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,139.48 |
|---|---|---|---|

**Ingersoll Rand**
**15768 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Tessemae's LLC**                                              Case number (if known) **23-10675**
_____
Name

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,920.54** |

**Inline Filling Systems**
**216 Seaboard Avenue**
**Venice, FL 34285**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,449.34** |

**Innovative Packaging Systems**
**103-B East Jarrettsville Rd.**
**Forest Hill, MD 21050**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |

**Inspiralized**
**77 Hudson St.**
**Apt 3011**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,905.43** |

**Instacart**
**PO Box 7263**
**San Francisco, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,200.00** |

**Integrity Express**
**62488 Collections Center Drive**
**Chicago, IL 60693-0624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.09** |

**Interstate Sales**
**1921 York Rd.**
**Suite 6**
**Timonium, MD 21093**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,356.00** |

**IP Direct s.r.o.**
**Olsanska 54/3**
**Zizkov, 130 00 Praha 3**
**Czech Republic**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tessemae's LLC**
_____    Case number (if known)    **23-10675**
Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562.50 |
|---|---|---|---|

**ItemMaster**
**30 N. LaSalle St.**
**Suite 3500**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,996.31 |
|---|---|---|---|

**Iterable**
**71 Stevenson St.**
**Suite 300**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Jack Shields**
**1204 Winterthur Lane**
**Quakertown, PA 18951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539,306.00 |
|---|---|---|---|

**John Ege**
**100 St. Paul St.**
**Suite 800**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,355.70 |
|---|---|---|---|

**John Orendorff**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employee Wages and 401(k) matching**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,163.00 |
|---|---|---|---|

**Jonathan & McKenzie Kish**
**1132 Wayfaren Lane**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,470,971.00 |
|---|---|---|---|

**Jupiter Fund LLC**
**102 W. Pennsylvania**
**Suite 100**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tessemae's LLC** | | Case number (if known) | **23-10675** |
|---|---|---|---|---|
| | Name | | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,592,222.00 |
|---|---|---|---|
| | **K2 Trust, LLC**<br>**5244 N. 37th Place**<br>**Paradise Valley, AZ 85253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **Kalpesh Patel**<br>**17950 N. 68th St., #1016**<br>**Phoenix, AZ 85054** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,724.00 |
|---|---|---|---|
| | **Kalsec**<br>**P.O. Box 50511**<br>**Kalamazoo, MI 49005-0511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,163.02 |
|---|---|---|---|
| | **King Kullen**<br>**185 Central Avenue**<br>**Bethpage, NY 11714-3929** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,132.15 |
|---|---|---|---|
| | **King Pallet**<br>**1112 Hengemihle Ave**<br>**Baltimore, MD 21221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,315.50 |
|---|---|---|---|
| | **KOFA Public Affairs**<br>**111 South Calvert Street**<br>**Suite 2820**<br>**Baltimore, MD 21202** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,200.12 |
|---|---|---|---|
| | **Kristen Dittami** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Employee Wages and 401(k) matching | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No   ☐ Yes | |

| Debtor | **Tessemae's LLC** | | Case number (*if known*) | **23-10675** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,752.00** |
|---|---|---|---|
| | **Lambeth Groves**<br>**505 66th Ave S.W.**<br>**Vero Beach, FL 32968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,292.63** |
|---|---|---|---|
| | **Lancaster Fine Foods**<br>**501 Richardson Dr.**<br>**Lancaster, PA 17601** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,673.50** |
|---|---|---|---|
| | **Land & Lemle**<br>**3135 Ellicott St. N.W.**<br>**Washington, DC 20008** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,374.22** |
|---|---|---|---|
| | **LEAF**<br>**P.O. Box 5066**<br>**Hartford, CT 06115-5066** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,274.67** |
|---|---|---|---|
| | **Levisay Consulting**<br>**1284 Fairview Road NE**<br>**Atlanta, GA 30306** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Lindsey Baruch**<br>**2811 Cardiff Avenue**<br>**Los Angeles, CA 90034** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|
| | **Liquid Assets**<br>**PO Box 296**<br>**Jarrettsville, MD 21084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Tessemae's LLC**
_____
Name

Case number (if known)   **23-10675**

| | |
|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** |

**M&C Irrevocable Trust**
**5973 West Cielo Grande**
**Glendale, AZ 85301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$620,764.00**

---

| | |
|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** |

**M.J. Morgan Group, LLC**
**205 Harborview Drive**
**Baltimore, MD 21230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$14,049.40**

---

| | |
|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** |

**Madavor Media**
**25 Braintree Hill Office Park**
**No. 404**
**Braintree, MA 02184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

| | |
|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** |

**Margrave Strategies**
**6421 Sundown Trail**
**Columbia, MD 21044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$40,000.00**

---

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |

**Martel Laboratories JDS Inc.**
**1025 Cromwell Bridge Road**
**Baltimore, MD 21286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$405.00**

---

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |

**MCDJR-Tesse LLC**
**4455 South Holly St.**
**Cherry Hills Village, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$114,496.00**

---

| | |
|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** |

**MegaCorp Logistics LLC**
**1011 Ashes Drive**
**Wilmington, NC 28405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$58,076.79**

---

Debtor **Tessemae's LLC**                                    Case number (if known) **23-10675**
_____
Name

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**Mid-Atlantic Recruiters**
**19 Woodfield Court**
**Reisterstown, MD 21136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,514.00 |
|---|---|---|---|

**Midland IRA**
**Attn: Damian O'Doherty**
**P.O Box 07520**
**Fort Myers, FL 33919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,843.50 |
|---|---|---|---|

**Miles & Stockbridge**
**100 Light St.**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,850.00 |
|---|---|---|---|

**MoLo Solutions**
**3801 Old Greenwood Rd.**
**Fort Smith, AR 72903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,411.66 |
|---|---|---|---|

**Moscoe Group**
**10900 Wayzata Blvd.**
**Suite 600**
**Minnetonka, MN 55305**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,514.00 |
|---|---|---|---|

**MSPI Investments**
**Attn: Devin Semler**
**2724 Elderoak Rd.**
**3rd Floor**
**Thousand Oaks, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,884.40 |
|---|---|---|---|

**National Registered Agents**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tessemae's LLC | Case number (if known) | 23-10675 |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,655.16 |
|---|---|---|---|

**Natural Food Ingredient Inc. dba Noour**
**7391 Count Circle**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,284.61 |
|---|---|---|---|

**Natural Grocers**
**12612 W. Alameda Pkwy**
**Lakewood, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,393.10 |
|---|---|---|---|

**Nemphos Braue LLC**
**210 W. Pennsylvania Avenue**
**Suite 200**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,137.90 |
|---|---|---|---|

**NetSuite / Oracle**
**Bank of America Lockbox Services**
**15612 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,610.51 |
|---|---|---|---|

**Nielsen Company, The**
**PO Box 88956**
**Chicago, IL 60695-8956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,948.80 |
|---|---|---|---|

**Nugget Market**
**311 Mace Blvd.**
**Davis, CA 95618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,860.00 |
|---|---|---|---|

**Parker Associates**
**222 Lookout Lane**
**Annapolis, MD 21409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Tessemae's LLC** | Case number _(if known)_ | **23-10675** |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$46,446.17**

**Parker Plastics, Inc.**
**8201 109th Street**
**Suite 200**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$358.50**

**Patient First**
**PO Box 759041**
**Baltimore, MD 21275-9041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$18,774.83**

**Penske**
**5 Nashua Court**
**Essex, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$6,000.00**

**Perry, White, Ross & Jacobson**
**125 Cathedral Street**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$4,022,604.00**

**Peter R. McDermott**
**1 Pond Dr.**
**Englewood, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$305.16**

**Petitbon Alarm**
**2151 Priest Bridge Dr.**
**No. 41**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$114,496.00**

**PMCD Tesse**
**1 Pond Dr.**
**Englewood, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tessemae's LLC** | | Case number (if known) | **23-10675** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66,551.98 |
|---|---|---|---|
| | PMI<br>2217 Wicomico Road<br>Baltimore, MD 21221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,225.00 |
|---|---|---|---|
| | Produce Marketing Association<br>PO Box 6036<br>Newark, DE 19714-6036 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $639.45 |
|---|---|---|---|
| | Puget Consumers Co-Op<br>3131 Elliot Ave.<br>Suite 500<br>Seattle, WA 98121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|
| | R&S Ventures<br>6611 Silverthorne Ln<br>Rogers, AR 72758 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,817.68 |
|---|---|---|---|
| | Rebecca Scritchfield Media<br>Attn: Rebecca Scritchfield<br>2711 Jenifer St. NW<br>Washington, DC 20015 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,276.00 |
|---|---|---|---|
| | Recess Digital Inc.<br>578 Washington Blvd, #661<br>Marina Del Rey, CA 90292 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|
| | Reliance Fire Protection<br>709 E. Ordance Road<br>Suite 510<br>Baltimore, MD 21226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Tessemae's LLC** | Case number (if known) | **23-10675** |
|---|---|---|---|
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address

**RG Group**
**650 North State Street**
**York, PA 17403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$907.93

---

**3.149** | Nonpriority creditor's name and mailing address

**Riega Foods LLC**
**8700 Elmwood**
**Suite 400**
**Kansas City, MO 64132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$49,602.45

---

**3.150** | Nonpriority creditor's name and mailing address

**Riteway Food Brokers**
**PO Box 24539**
**Lakeland, FL 33802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,946.79

---

**3.151** | Nonpriority creditor's name and mailing address

**Robert F. McDermott**
**4455 South Holly Street**
**Cherry Hills Village, CO 80111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,254,139.00

---

**3.152** | Nonpriority creditor's name and mailing address

**Robert J. Sweeney**
**73 Willowmere Circle**
**Riverside, CT 06878**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$50,757.00

---

**3.153** | Nonpriority creditor's name and mailing address

**RSM US LLP**
**80 City Square**
**Boston, MA 02129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$225,000.00

---

**3.154** | Nonpriority creditor's name and mailing address

**S&H Transport Inc.**
**728 N. Broad St.**
**York, PA 17403**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$130,521.20

---

Debtor **Tessemae's LLC**
_____
Name

Case number (if known) **23-10675**
_____

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,585.14 |
|---|---|---|---|

**Sage 7 HR Solutions**
**Attn: Glenn Funeaux**
**8720 Moor Park Run**
**Duluth, GA 30097**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,699.00 |
|---|---|---|---|

**Saputo**
**2515 Collection Centre Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507,569.00 |
|---|---|---|---|

**Scott Carmel**
**3301 NE 1st Ave.**
**Miami Beach, FL 33139**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,182.16 |
|---|---|---|---|

**Sensitech**
**800 Cummings Center**
**Suite 258X**
**Beverly, MA 01915**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203,028.00 |
|---|---|---|---|

**Shane Semler**
**3211 Mulholland Hwy**
**Malibu, CA 90265**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $567.53 |
|---|---|---|---|

**Shred-It**
**28883 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,366.09 |
|---|---|---|---|

**SI Staffing LLC**
**31 Light Street**
**Baltimore, MD 21202**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Tessemae's LLC**
Name

Case number (if known) **23-10675**

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,705.00 |
|---|---|---|---|

**Silverson Machines**
**355 Chestnut Street**
**PO Box 589**
**East Longmeadow, MA 01028**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,975.00 |
|---|---|---|---|

**Singer Group, The**
**12915 Dover Road**
**Reisterstown, MD 21136**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,400.44 |
|---|---|---|---|

**Soom Foods**
**428 E. Erie Ave.**
**Philadelphia, PA 19134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,750.00 |
|---|---|---|---|

**Spartan Race**
**234 Congress Street**
**5th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SpecWorks**
**810 S. Bond St.**
**Baltimore, MD 21231**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.33 |
|---|---|---|---|

**Staples**
**615 Bel Air Rd.**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203,814.00 |
|---|---|---|---|

**Sunrise Foods**
**306 Queen Street, Suite 200**
**Saskatoon, SK S7K 0M2, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Tessemae's LLC** _____ Case number (if known) **23-10675**
                  Name

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,813.18 |
|---|---|---|---|

**SuperValu**
**11840 Valley View Road**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,350.00 |
|---|---|---|---|

**Supply Chain Excellence**
**335 Winn Park Court**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,604.40 |
|---|---|---|---|

**Survey.com**
**PO Box 80147**
**City of Industry, CA 91716-8147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271,457.42 |
|---|---|---|---|

**SVB Food and Beverage Co.**
**717 Corning Way**
**Martinsburg, WV 25405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,472.40 |
|---|---|---|---|

**Syndigo LLC**
**141 W. Jackson Blvd.**
**Suite 1220**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,213.81 |
|---|---|---|---|

**Taylor Northeast Inc (TNE)**
**1003 North Kresson Street**
**Baltimore, MD 21205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,114,921.00 |
|---|---|---|---|

**Tenacious Adventures**
**Attn: Kipp Lassetter**
**24546 N. 91st Street**
**Scottsdale, AZ 85255-2911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Tessemae's LLC**                                    Case number (if known)    **23-10675**
        Name

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,923.76 |
|---|---|---|---|

**Teresa Vetter**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Employee Wages and 401(k) matching**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,952.48 |
|---|---|---|---|

**Thomson Reuters West Publishing Corp.**
**Payment Center**
**PO Box 6292**
**Carol Stream, IL 60197-6292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,745.60 |
|---|---|---|---|

**Thrive Market**
**5340 Alla Rd.**
**Suite 105**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,357.35 |
|---|---|---|---|

**Tipalti Inc.**
**1810 Gateway Dr.**
**Suite 300**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,262.19 |
|---|---|---|---|

**Tricorbraun**
**6 CityPlace Dr.**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $220.78 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,620.77 |
|---|---|---|---|

**Vor Inc.**
**27 Steam Whistle Drive**
**Ivyland, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tessemae's LLC** | Case number (*if known*) | **23-10675** |
|---|---|---|---|
| | Name | | |

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,242.34 |
|---|---|---|---|

**Waste Management - Recycle America**
PO Box 73356
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,373.61 |
|---|---|---|---|

**Waste Management – Trash**
P.O. Box 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,634.63 |
|---|---|---|---|

**Waste Management-Temp Roll-Off Container**
P.O. Box 13648
Philadelphia, PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,569.32 |
|---|---|---|---|

**WB Mason**
PO Box 981101
Boston, MA 02298-1101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,128.87 |
|---|---|---|---|

**Wells Fargo**
PO Box 070241
Philadelphia, PA 19176-0241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,310.00 |
|---|---|---|---|

**West, Edward & Aitken**
**PNC Bank Building**
409 Washington Ave.
Suite 110
Baltimore, MD 21204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |
|---|---|---|---|

**Winchester Cold Storage Co.**
605 N. Loudoun St.
Winchester, VA 22601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tessemae's LLC** | Case number (if known) | **23-10675** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,617.15 |
|---|---|---|---|

**Wisconsin Spice**
**478 Industrial Park Rd.**
**Box 190**
**Berlin, WI 54923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,405.71 |
|---|---|---|---|

**Wm. P. McGovern, Inc.**
**920 South Bolmar**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,190.58 |
|---|---|---|---|

**Worldwide Express**
**2323 Victory Avenue**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |
|---|---|---|---|

**ZeroFOX, Inc.**
**1834 S. Charles St.**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 424,948.31 |
| 5b. Total claims from Part 2 | 5b. + $ | 34,939,575.87 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 35,364,524.18 |

**Fill in this information to identify the case:**

Debtor name   **Tessemae's LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **23-10675**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Sales Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **KALSEC**<br>**Attn: Aaron G. Wheadon**<br>**P.O. Box 50511**<br>**Kalamazoo, MI 49005-0511** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Kyocera Copier**<br><br>State the term remaining<br><br>List the contract number of any government contract | **NetSuite / Oracle**<br>**Bank of America Lockbox Services**<br>**15612 Collections Center Drive**<br>**Chicago, IL 60693** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Supply Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Parker Plastics, Inc.**<br>**Attn: Steve Ferraro**<br>**8201 109th Street, Suite 200**<br>**Pleasant Prairie, WI 53158** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Forward Commodities Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sunrise Foods International Inc.**<br>**Attn: Chris Hanks**<br>**306 Queen Street, Suite 200**<br>**Saskatoon, SK S7K 0M2, Canada** |

| Debtor 1 | **Tessemae's LLC** | | Case number (*if known*) | **23-10675** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Packaging Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SVB Food and Beverage Co.**<br>**Attn: Terry Hess**<br>**717 Corning Way**<br>**Martinsburg, WV 25405** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Contract** | |
|---|---|---|---|
| | State the term remaining | | **Winchester Cold Storage Co.**<br>**Attn: Peter Yates**<br>**605 N. Loudoun St.**<br>**Winchester, VA 22601** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Tessemae's LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **23-10675**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  9, 2023**          X **/s/ Gregory Vetter**
                                            Signature of individual signing on behalf of debtor

                                            **Gregory Vetter**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor