IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Tessemae's LLC,<br><br>                Debtor. | (Chapter 11)<br><br>Case No. 23-10675(NVA) |

### LIMITED OBJECTION OF DEMOCRACY CAPITAL CORPORATION TO APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY AND RETAIN B. RILEY SECURITIES, INC. AS EXCLUSIVE INVESTMENT BANKER TO THE DEBTOR, *NUNC PRO TUNC* TO MARCH 2, 2023

Democracy Capital Corporation ("Democracy"), by its undersigned counsel, hereby files this Limited Objection ("Limited Objection") to Application of Debtor for Authority to Employ and Retain B. Riley Securities, Inc. ("B. Riley Securities") as Investment Banker to the Debtor, *Nunc Pro Tunc* to March 2, 2023 [ECF No. 85] (the "B. Riley Securities Retention Application"), as follows:

1. Democracy does not object to B. Riley Securities being retained by the Debtor to market and sell the company and/or its assets. However, this is a cash-strapped case and all cash must be carefully allocated to maximize benefit to the estate.

2. While Democracy recognizes that the Monthly Advisory Fee of $35,000.00 during the term of the Agreement[1] appears to be market and reasonable, a minimum Sale Fee of not less than $850,000.00 (*see* B. Riley Retention Application, ¶ 16), is not, on its face, in a case where Debtor's scheduled assets are not more than $2.5 million. *See* ECF No. 75, Summary of Assets and Liabilities; ECF No. 103, Amended Schedule A/B.

---

[1] All capitalized terms not otherwise defined in this Limited Objections have the meaning assigned to them in the B. Riley Securities Retention Application.

3. Democracy asserts that a minimum Sale Fee to be reasonable must be tied to a minimum estate recovery.

4. Since Debtor seeks to retain B. Riley Securities pursuant to, among other sections, § 328(a) of the Bankruptcy Code, it is imperative, at the onset, that compensation be tied to an achievable recovery threshold to the estate especially since the standard to modify such compensation, after the fact, is severely limited to circumstances in which "such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions." 11 U.S.C. § 328(a).

5. The parties-in-interest, including Democracy, have not been provided with any meaningful information with which to ascertain the value of the company, except what is set forth in the Debtor's Schedules. Contrary to the requirements in the Final Debtor-in-Possession Financing Order, Section 2.5.1 [ECF No. 48], no bi-weekly financial reporting has been provided for the company to Democracy from which to extrapolate a valuation.

6. Democracy, therefore, requests that the minimum Sale Fee be tied to a minimum recovery for the estate or, in the alternative, that the Sale Fee be subject to review for reasonableness prior to final allowance and payment.

WHEREFORE, Democracy Capital Corporation requests that the Court enter an order in conformity with this Limited Objection, and grant such other relief as may be just.

Dated: March 28, 2023    /s/ Joyce A. Kuhns
Joyce A. Kuhns, Esq. (03979)
OFFIT KURMAN, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, Maryland 21202
Telephone: 410-209-6463
Facsimile:  410-209-6435
Jkuhns@offitkurman.com

*Counsel for Democracy Capital Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of this Limited Objection of Democracy Capital Corporation to Application of Debtor for Authority to Employ and Retain B. Riley Securities, Inc. as Investment Banker to the Debtor, *Nunc Pro Tunc* to March 2, 2023 will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| J. Dan Ford, Assistant U.S. Trustee<br>Office of the United States Trustee<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201<br>j.dan.ford@usdoj.gov | Hugh M. Bernstein, Assistant U.S. Trustee<br>Office of the United States Trustee<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201<br>hugh.m.bernstein@usdoj.gov |
| Kimberly A. Manuelides, Esq.<br>Sagal, Filbert, Quasney & Betten, P.A.<br>600 Washington Avenue Suite 300<br>Towson, Maryland 21204<br>kmanuelides@sagallaw.com | Gary Leibowitz, Irving Walker, and HC Jones, III<br>Cole Schotz, P.C.<br>300 East Lombard Street<br>Baltimore, Maryland 21202<br>gleibowitz@coleschotz.com |
| C. Kevin Kobbe, Esquire<br>DLA Piper LLP (US)<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>kevin.kobbe@us.dlapiper.com | Lawrence A. Katz<br>Hirschler Fleischer<br>1676 International Drive, Suite 1350<br>Tysons, VA 22102-0000<br>lkatz@hirschlerlaw.com |
| Richard L. Costella<br>Tydings & Rosenberg LLP<br>One E. Pratt Street, Suite 901<br>Baltimore, MD 21202<br>rcostella@tydings.com | Catherine Keller Hopkin, Esquire<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, Maryland 21401<br>chopkin@yvslaw.com |
| Alison D. Bauer abauer@foleyhoag.com<br>JiunWen Bob Teoh jteoh@foleyhoag.com<br>FOLEY HOAG LLP<br>1301 Avenue of the Americas, 25th Floor<br>New York, NY 10019 | Monique D. Almy, Esquire<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>malmy@crowell.com |

I FURTHER CERTIFY that on March 27, 2023, a copy of this Limited Objection was served via First-Class mail, postage prepaid, on the parties listed on the attached service list.

I CERTIFY the foregoing statements are made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

## SERVICE LIST

| | |
|---|---|
| GP Stamas Family Trust<br>8 Waterbury Court<br>Baltimore, MD 21212 | CE CID LLC<br>2410 Evergreen Road<br>Gambrills, MD 21054 |

...

| | |
|---|---|
| LEC LLC<br>845 E. Heartstrong St.<br>Superior, CO 80027 | Jupiter Fund LLC<br>102 W. Pennsylvania, Suite 100<br>Towson, MD 21204 |
| Peter R. McDermott<br>1 Pond Dr.<br>Englewood, CO 80113 | Robert F. McDermott<br>4455 South Holly Street<br>Cherry Hills Village, CO 80111 |
| Clearview Group<br>Attn: Brian Davis<br>11155 Red Run Blvd., Suite 410<br>Owings Mills, MD 21117 | Vetter Brothers Manufacturing, LLC<br>Attn: Brian Vetter<br>595 Owensville Road<br>West River, MD 20775 |
| K2 Trust, LLC<br>5244 N. 37th Place<br>Paradise Valley, AZ 85253 | Fleet Street Club III L.P.<br>11770 US Highway 1, Suite 503<br>Palm Beach Gardens, FL 33408 |
| Benjamin H. Griswold IV<br>901 S. Bond St., Suite 400<br>Baltimore, MD 21231 | David Charles Moran<br>375 W. Royal Flamingo Dr.<br>Sarasota, FL 34236 |
| AIS Portfolio Services, LLC, Ally Bank Dept.<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Tenacious Adventures, Attn: Kipp Lasseter<br>5244 N. 37th Place<br>Paradise Valley, AZ 85253 |
| M&C Irrevocable Trust<br>5973 West Cielo Grande<br>Glendale, AZ 85301 | C&J Irrevocable Trust<br>5973 West Cielo Grande<br>Glendale, AZ 85301 |
| Deborah Grove Living Trust<br>Attn: Deborah M. Grove<br>5936 Elmer Derr Rd.<br>Frederick, MD 21703 | Scott Carmel<br>110 Venetian Way<br>Dildo Island<br>Miami Beach, FL 33139 |
| Christina Pagano<br>14 Lost Run Trail<br>Zionsville, IN 46077 | Brown, Goldstein & Levy, LLP<br>120 E. Baltimore Street, Suite 2500<br>Baltimore, MD 21202 |
| Altus Receivables Management, Trust Account<br>2400 Veterans Memorial Blvd.<br>Kenner, LA 70062 | Falling Green Capital LLC<br>3718 Falling Green Way<br>Mount Airy, MD 21771 |
| Donald McDonald<br>2180 Royal Oaks Dr.<br>Rockledge, FL 32955 | John Ege<br>100 St. Paul St., Suite 800<br>Denver, CO 80206 |

Date: March 28, 2023   /s/ Joyce A. Kuhns
   Joyce A. Kuhns, Esq. (03979)