# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Maryland

Baltimore Division

| | | |
|---|---|---|
| In Re. Tessemae's LLC | § | Case No.  23-10675 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2023         Petition Date: 02/01/2023

Months Pending: 1         Industry Classification: | 3 | 1 | 1 | 9 |

Reporting Method:         Accrual Basis ⦿         Cash Basis ○

Debtor's Full-Time Employees (current):         6

Debtor's Full-Time Employees (as of date of order for relief):         6

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Demian Costa

Signature of Responsible Party

05/16/2023

Date

Demian Costa

Printed Name of Responsible Party

714 S Wolfe St, PO Box 38438
Baltimore, MD 38438

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Tessemae's LLC

Case No.  23-10675

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $42,364 | |
| b.  Total receipts (net of transfers between accounts) | $1,633,955 | $1,633,955 |
| c.  Total disbursements (net of transfers between accounts) | $1,180,746 | $1,180,746 |
| d.  Cash balance end of month (a+b+c) | $495,573 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $1,180,746 | $1,180,746 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $2,063,756 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $144,382 |
| c.  Inventory     (Book ● Market ○ Other ○  (attach explanation)) | $598,630 |
| d  Total current assets | $3,835,144 |
| e.  Total assets | $4,862,013 |
| f.  Postpetition payables (excluding taxes) | $1,171,605 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $1,171,605 |
| k.  Prepetition secured debt | $56,586,615 |
| l.  Prepetition priority debt | $1,018,992 |
| m.  Prepetition unsecured debt | $12,036,809 |
| n.  Total liabilities (debt) (j+k+l+m) | $70,814,021 |
| o.  Ending equity/net worth (e-n) | $-65,952,008 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $1,626,773 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $1,071,734 | |
| c.  Gross profit (a-b) | $555,039 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $169,221 | |
| f.  Other expenses | $-3,044 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $8,125 | |
| i.  Taxes (local, state, and federal) | $8,863 | |
| j.  Reorganization items | $152,018 | |
| k.  Profit (loss) | $219,855 | $219,855 |

UST Form 11-MOR (12/01/2021)

Debtor's Name Tessemae's LLC                                              Case No.  23-10675

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                   3

Debtor's Name  Tessemae's LLC                                    Case No.  23-10675

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Tessemae's LLC                                                    Case No.  23-10675

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Tessemae's LLC                                    Case No.  23-10675

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Tessemae's LLC                                                      Case No.  23-10675

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Tessemae's LLC                                              Case No.  23-10675

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $27,356 | $27,356 |
| d.  Postpetition employer payroll taxes paid | $27,356 | $27,356 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ● No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have:          Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ | |

Debtor's Name Tessemae's LLC                                                    Case No. 23-10675

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


/s/ Demian Costa                                                    Demian Costa
_____                          _____
Signature of Responsible Party                             Printed Name of Responsible Party

Chief Strategy Officer                                          05/16/2023
_____                          _____
Title                                                              Date

Debtor's Name Tessemae's LLC                                    Case No. 23-10675



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Tessemae's LLC                                              Case No.  23-10675

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Tessemae's LLC                                    Case No.  23-10675



PageThree



PageFour

**Tessemae's LLC**
Statement of Cash Receipts and Disbursements
February 2023

| Acct # | Date | Description | Amount USD | Grouping | For Prepetition? | To Insider? |
|---|---|---|---|---|---|---|
| **Receipts** | | | | | | |
| *4301 | 2/2/2023 | 101 Kroger | 19,194.45 | Receipts | | |
| *4301 | 2/3/2023 | 161 DPI | 2,760.61 | Receipts | | |
| *4301 | 2/3/2023 | Alta-Tesse | 7,500.00 | Receipts | | |
| *4301 | 2/3/2023 | 105 HEB | 11,974.53 | Receipts | | |
| *4301 | 2/3/2023 | 108 Harris Teeter | 18,727.80 | Receipts | | |
| *4301 | 2/3/2023 | 120 Ahold | 33,549.00 | Receipts | | |
| *4301 | 2/6/2023 | 113 KeHE Distributors | 6,163.67 | Receipts | | |
| *4301 | 2/6/2023 | 101 Kroger | 236,775.88 | Receipts | | |
| *4301 | 2/6/2023 | Peter McDermott / Robert McDermott | 650,000.00 | Receipts | | |
| *4301 | 2/7/2023 | 110 UNFI : 112 UNFI - West | 45,120.71 | Receipts | | |
| *4301 | 2/8/2023 | 113 KeHE Distributors | 2,037.66 | Receipts | | |
| *4301 | 2/8/2023 | 186 Alta-Tesse LLC | 15,984.41 | Receipts | | |
| *4301 | 2/9/2023 | State of California Tax Refund | 192.55 | Receipts | | |
| *4301 | 2/9/2023 | C&S | 12,096.63 | Receipts | | |
| *4301 | 2/9/2023 | 186 Alta-Tesse LLC | 29,973.94 | Receipts | | |
| *4301 | 2/13/2023 | 120 Ahold | 6,646.50 | Receipts | | |
| *4301 | 2/13/2023 | 107 Thrive Market | 10,044.00 | Receipts | | |
| *4301 | 2/13/2023 | 113 KeHE Distributors | 27,724.28 | Receipts | | |
| *4301 | 2/13/2023 | 113 KeHE Distributors | 45,352.02 | Receipts | | |
| *4301 | 2/14/2023 | 186 Alta-Tesse LLC | 52,097.52 | Receipts | | |
| *4301 | 2/15/2023 | 105 HEB | 49,654.78 | Receipts | | |
| *4301 | 2/17/2023 | 113 KeHE Distributors | 20,083.29 | Receipts | | |
| *4301 | 2/20/2023 | 105 HEB | 12,542.04 | Receipts | | |
| *4301 | 2/21/2023 | 120 Ahold | 15,360.80 | Receipts | | |
| *8101 | 2/22/2023 | ADP Refund | 127.51 | Receipts | | |
| *4301 | 2/23/2023 | 186 Alta-Tesse LLC | 19,446.35 | Receipts | | |
| *4301 | 2/23/2023 | KeHE Distributors / APP Wholesale / C&S | 27,920.90 | Receipts | | |
| *4301 | 2/24/2023 | 101 Kroger | 2,956.66 | Receipts | | |
| *4301 | 2/24/2023 | 113 KeHE Distributors | 16,651.41 | Receipts | | |
| *4301 | 2/24/2023 | 186 Alta-Tesse LLC | 34,188.14 | Receipts | | |
| *4301 | 2/27/2023 | 107 Thrive Market | 13,780.37 | Receipts | | |
| *4301 | 2/27/2023 | 113 KeHE Distributors | 17,795.58 | Receipts | | |
| *4301 | 2/27/2023 | 101 Kroger | 139,474.17 | Receipts | | |
| *4301 | 2/28/2023 | 120 Ahold | 3,798.00 | Receipts | | |
| *4301 | 2/28/2023 | 186 Alta-Tesse LLC | 26,258.73 | Receipts | | |
| **Total Receipts** | | | **1,633,954.89** | | | |
| | | | | | | |
| **Disbursements** | | | | | | |
| *4301 | 2/1/2023 | 1870 Cole Schotz P.C. | (10,000.00) | Disbursements | | |
| *8101 | 2/1/2023 | Further | (512.49) | Disbursements | | |
| *4301 | 2/1/2023 | 1060 Amazon (Online) | (179.00) | Disbursements | | |
| *4301 | 2/2/2023 | 1208 Sprout Social | (224.10) | Disbursements | | |
| *4301 | 2/3/2023 | Brawner Communications | (7,500.00) | Disbursements | | |
| *4301 | 2/3/2023 | 1505 Microsoft | (1,375.00) | Disbursements | | |
| *4301 | 2/3/2023 | 1630 ACCESSIBLE LTD | (149.00) | Disbursements | | |
| *6501 | 2/3/2023 | 1461 Yearli | (139.23) | Disbursements | | |
| *4301 | 2/3/2023 | 1505 Microsoft | (106.00) | Disbursements | | |
| *4301 | 2/3/2023 | 1505 Microsoft | (23.00) | Disbursements | | |
| *4301 | 2/3/2023 | 1052 Adobe.com | (15.98) | Disbursements | | |
| *6501 | 2/3/2023 | 1461 Yearli | (6.30) | Disbursements | | |
| *4301 | 2/6/2023 | 1030 Riega Foods LLC | (49,602.45) | Disbursements | | |
| *4301 | 2/7/2023 | 1040 SVB Food and Beverage Co | (300,000.00) | Disbursements | | |
| *4301 | 2/7/2023 | 1852 S&H Transport Inc | (60,524.70) | Disbursements | X | |
| *8101 | 2/7/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (12,739.95) | Disbursements | X | X |
| *4301 | 2/7/2023 | 1166 NetSuite / Oracle | (11,497.90) | Disbursements | | |
| *4301 | 2/7/2023 | 1866 Winchester Cold Storage Co. | (7,066.11) | Disbursements | X | |
| *8101 | 2/7/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (6,538.36) | Disbursements | X | X |
| *8101 | 2/8/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (10,768.77) | Disbursements | X | X |
| *4301 | 2/8/2023 | 1845 IPFS Corporation | (9,600.87) | Disbursements | | |
| *8101 | 2/8/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (5,704.30) | Disbursements | X | X |
| *4301 | 2/8/2023 | 1052 Adobe.com | (105.99) | Disbursements | | |
| *4301 | 2/9/2023 | 1197 Shopify | (413.97) | Disbursements | | |
| *4301 | 2/10/2023 | 1861 Parker Plastics, Inc. | (30,035.96) | Disbursements | X | |
| *8101 | 2/10/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (13,174.91) | Disbursements | X | X |
| *8101 | 2/10/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (6,870.96) | Disbursements | X | X |
| *4301 | 2/10/2023 | 1866 Winchester Cold Storage Co. | (2,865.00) | Disbursements | X | |
| *4301 | 2/10/2023 | Alta-Tesse | (192.55) | Disbursements | | |

**Tessemae's LLC**
Statement of Cash Receipts and Disbursements
February 2023

| Acct # | Date | Description | Amount USD | Grouping | For Prepetition? | To Insider? |
|--------|------|-------------|-----------|----------|-----------------|-------------|
| *8101 | 2/10/2023 | Further | (171.85) | Disbursements | | |
| *4301 | 2/10/2023 | 1045 123 Form Builder | (47.69) | Disbursements | | |
| *4301 | 2/13/2023 | 1540 Sunrise Foods | (40,762.80) | Disbursements | | |
| *4301 | 2/13/2023 | 1806 RCM&D | (27,784.50) | Disbursements | | |
| *4301 | 2/14/2023 | 1040 SVB Food and Beverage Co | (75,000.00) | Disbursements | | |
| *4301 | 2/14/2023 | 1040 SVB Food and Beverage Co | (27,206.85) | Disbursements | | |
| *4301 | 2/14/2023 | 1116 FIRST Insurance Funding | (3,386.69) | Disbursements | | |
| *8101 | 2/14/2023 | Further | (171.85) | Disbursements | | |
| *4301 | 2/15/2023 | 1540 Sunrise Foods | (40,762.80) | Disbursements | | |
| *8101 | 2/15/2023 | 1799 Great West Trust Company Inc. | (2,614.27) | Disbursements | | |
| *8101 | 2/15/2023 | 1799 Great West Trust Company Inc. | (2,534.03) | Disbursements | | |
| *8101 | 2/15/2023 | 1799 Great West Trust Company Inc. | (2,534.03) | Disbursements | | |
| *8101 | 2/15/2023 | 1799 Great West Trust Company Inc. | (2,534.03) | Disbursements | | |
| *8101 | 2/15/2023 | 1799 Great West Trust Company Inc. | (1,986.83) | Disbursements | | |
| *8101 | 2/15/2023 | 1799 Great West Trust Company Inc. | (1,724.34) | Disbursements | | |
| *4301 | 2/16/2023 | 1040 SVB Food and Beverage Co | (74,000.00) | Disbursements | | |
| *4301 | 2/16/2023 | 1540 Sunrise Foods | (40,762.80) | Disbursements | | |
| *4301 | 2/16/2023 | 1040 SVB Food and Beverage Co | (26,627.68) | Disbursements | | |
| *4301 | 2/16/2023 | 1852 S&H Transport Inc | (10,050.00) | Disbursements | | |
| *4301 | 2/16/2023 | 1222 Hanover Insurance | (1,473.66) | Disbursements | | |
| *4301 | 2/16/2023 | 1102 Dropbox | (870.00) | Disbursements | | |
| *4301 | 2/16/2023 | 1222 Hanover Insurance | (181.20) | Disbursements | | |
| *4301 | 2/16/2023 | 1236 Verizon | (160.72) | Disbursements | | |
| *8101 | 2/17/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (12,911.81) | Disbursements | | X |
| *8101 | 2/17/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (6,538.35) | Disbursements | | X |
| *8101 | 2/17/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (2,171.29) | Disbursements | | X |
| *4301 | 2/17/2023 | 1866 Winchester Cold Storage Co. | (1,980.40) | Disbursements | | |
| *4301 | 2/20/2023 | 1844 Klaviyo Inc | (790.00) | Disbursements | | |
| *4301 | 2/21/2023 | 1540 Sunrise Foods | (40,762.80) | Disbursements | | |
| *8101 | 2/21/2023 | 1799 Great West Trust Company Inc. | (2,059.57) | Disbursements | | |
| *4301 | 2/21/2023 | 1162 New Benefits, Ltd. | (60.00) | Disbursements | X | |
| *4301 | 2/21/2023 | 1052 Adobe.com | (56.17) | Disbursements | | |
| *8101 | 2/22/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (2,010.00) | Disbursements | | X |
| *8101 | 2/22/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (1,159.75) | Disbursements | | X |
| *8101 | 2/22/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (583.80) | Disbursements | | X |
| *4301 | 2/22/2023 | 1191 Sandy Springs Bank | (477.41) | Disbursements | | |
| *4301 | 2/22/2023 | 1127 GroceryEC | (80.00) | Disbursements | | |
| *4301 | 2/22/2023 | 1126 Grasshopper | (48.53) | Disbursements | | |
| *6501 | 2/22/2023 | 1191 Sandy Springs Bank | (46.06) | Disbursements | | |
| *8101 | 2/22/2023 | 1191 Sandy Springs Bank | (25.58) | Disbursements | | |
| *4301 | 2/23/2023 | 1724 AMWINS CONNECT ADMINISTRATORS | (8,643.33) | Disbursements | | |
| *4301 | 2/23/2023 | 1052 Adobe.com | (22.25) | Disbursements | | |
| *8101 | 2/24/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (14,921.83) | Disbursements | | X |
| *8101 | 2/24/2023 | ADP - Payroll Funding ADP - PR Processing & HR Plus | (7,673.84) | Disbursements | | X |
| *4301 | 2/24/2023 | 1852 S&H Transport Inc | (2,850.00) | Disbursements | | |
| *4301 | 2/24/2023 | 1866 Winchester Cold Storage Co. | (2,836.60) | Disbursements | X | |
| *8101 | 2/24/2023 | 1799 Great West Trust Company Inc. | (1,986.83) | Disbursements | | |
| *8101 | 2/24/2023 | 1799 Great West Trust Company Inc. | (513.55) | Disbursements | | |
| *8101 | 2/27/2023 | 1799 Great West Trust Company Inc. | (2,500.38) | Disbursements | | |
| *4301 | 2/27/2023 | 1052 Adobe.com | (15.89) | Disbursements | | |
| *4301 | 2/28/2023 | 1040 SVB Food and Beverage Co | (84,250.00) | Disbursements | | |
| *4301 | 2/28/2023 | 1540 Sunrise Foods | (40,762.80) | Disbursements | | |
| *4301 | 2/28/2023 | 1845 IPFS Corporation | (9,700.87) | Disbursements | | |
| *6501 | 2/28/2023 | 1481 Progressive | (1,014.51) | Disbursements | | |
| *2227 | 2/28/2023 | 1191 Sandy Springs Bank | (10.00) | Disbursements | | |
| **Total Disbursements** | | | **(1,180,745.67)** | | | |
| | | | | | | |
| **Transfers** | | | | | | |
| *4301 | *4301 | Transfer | (3,352.32) | Transfers | | |
| *4301 | *4301 | Transfer | (200.00) | Transfers | | |
| *4301 | *8101 | Transfer | 200.00 | Transfers | | |
| *4301 | *8101 | Transfer | 3,352.32 | Transfers | | |
| *4301 | *4301 | Transfer | (16,473.07) | Transfers | | |
| *4301 | *8101 | Transfer | 16,473.07 | Transfers | | |
| *4301 | *4301 | Transfer | (20,217.72) | Transfers | | |
| *4301 | *8101 | Transfer | 20,217.72 | Transfers | | |
| *4301 | *4301 | Transfer | (13,927.53) | Transfers | | |
| *4301 | *8101 | Transfer | 13,927.53 | Transfers | | |

**Tessemae's LLC**
Statement of Cash Receipts and Disbursements
February 2023

| Acct # | Date | Description | Amount USD | Grouping | For Prepetition? | To Insider? |
|---|---|---|---|---|---|---|
| *4301 | *4301 | Transfer | (19,450.16) | Transfers | | |
| *4301 | *4301 | Transfer | (2,059.57) | Transfers | | |
| *8101 | *8101 | Transfer | 2,059.57 | Transfers | | |
| *6501 | *8101 | Transfer | 19,450.16 | Transfers | | |
| *8101 | *4301 | Transfer | (2,171.00) | Transfers | | |
| *8101 | *8101 | Transfer | 2,171.00 | Transfers | | |
| *8101 | *4301 | Transfer | (22,595.67) | Transfers | | |
| *8101 | *4301 | Transfer | (5,000.76) | Transfers | | |
| *8101 | *4301 | Transfer | (3,753.55) | Transfers | | |
| *8101 | *8101 | Transfer | 3,753.55 | Transfers | | |
| *8101 | *8101 | Transfer | 5,000.76 | Transfers | | |
| *8101 | *8101 | Transfer | 22,595.67 | Transfers | | |
| *8101 | *4301 | Transfer | (1,014.51) | Transfers | | |
| *8101 | *6501 | Transfer | 1,014.51 | Transfers | | |
| **Total Transfers** | | | **-** | | | |

| Schedule 1 Reconcilation | |
|---|---|
| Cash balance beginning of month | 42,363.68 |
| Total receipts | 1,633,954.89 |
| Total disbursements | (1,180,745.67) |
| **Cash balance end of month** | **495,572.90** |

**Tessemae's LLC**
Balance Sheet
As of February 28, 2023

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash | $    495,573 | |
| Accounts receivable | 2,063,756 | |
| Inventories | 598,630 | |
| Prepaid expenses | 449,900 | |
| Other current assets | 29,411 | |
|    Total Current Assets | | 3,637,269 |
| | | |
| **Noncurrent Assets** | | |
| Machinery and equipment | 1,946,350 | |
| Furniture and fixtures | 8,643 | |
| Leasehold improvements | 50,520 | |
| Construction in process | 532,220 | |
| Less: Accumulated Depreciation | (1,328,518) | |
| Other noncurrent assets | 15,529 | |
|    Total Noncurrent Assets | | 1,224,744 |
| | | |
| **Total Assets** | | $   4,862,013 |
| | | |
| **Liabilities** | | |
| Accounts payable - postpetition | 310,636 | |
| Accrued expenses - postpetition | 210,969 | |
| Postpetition secured debt | 650,000 | |
| Prepetition secured debt | 56,586,615 | |
| Prepetition priority debt | 1,018,992 | |
| Prepetition unsecured debt | 12,036,809 | |
|    Total Liabilities | | 70,814,021 |
| | | |
| **Members' Equity (Deficit)** | | (65,952,008) |
| | | |
| **Total Liabilities and Members' Equity (Deficit)** | | $   4,862,013 |

**Tessemae's LLC**
Income Statement
For the month ended February 28, 2023

| | |
|---|---:|
| Net sales | 1,626,773 |
| Cost of Goods Sold | 1,071,734 |
| **Gross Profit** | **555,038** |
| Operating Expenses | 169,221 |
| Taxes | 8,863 |
| Other (Income)/Expense | (3,044) |
| Interest Expense | 8,125 |
| Reorganization Items | 152,018 |
| **Net Income** | **219,855** |

**Tessemae's LLC**
Accounts Receivable Aging Detail
As of February 28, 2023

| Customer | Under 30 | 30-60 | 61-90 | 91-120 | Over 120 | Grand Total |
|---|---|---|---|---|---|---|
| 1040 SVB Food and Beverage Co | 561,381 | - | - | - | - | 561,381 |
| 186 Alta-Tesse LLC | 412,462 | - | - | - | - | 412,462 |
| 111 UNFI - East | 288,466 | 8,882 | 4,324 | 19,371 | (3,518) | 317,526 |
| 113 KeHE Distributors | 151,877 | 81,555 | 6,619 | - | (12,628) | 227,423 |
| 101 Kroger | 133,245 | - | - | 17,062 | 31,507 | 181,814 |
| 112 UNFI - West | 133,574 | - | 13,570 | 6,000 | 10,971 | 164,115 |
| 126 Fresh Thyme | 55,258 | - | - | - | 3,487 | 58,745 |
| 116 C&S | 1,067 | - | - | 6,048 | 26,250 | 33,364 |
| 120 Ahold | 10,128 | - | - | 10,972 | 10,698 | 31,798 |
| 107 Thrive Market | 18,206 | - | - | - | 2,812 | 21,019 |
| 125 Ingles Markets | 16,520 | - | - | - | - | 16,520 |
| 108 Harris Teeter | 12,621 | - | - | - | - | 12,621 |
| 161 DPI | 9,622 | - | - | - | - | 9,622 |
| 106 Target | - | - | - | - | 8,533 | 8,533 |
| 127 Charlie's Produce | 5,553 | - | - | - | - | 5,553 |
| 189 HealthLife NY | - | - | - | - | 5,134 | 5,134 |
| 891 Lewisco Holdings | - | - | (737) | - | - | (737) |
| 117 United Supermarkets | (4,820) | - | - | - | 1,683 | (3,136) |
| **Grand Total** | **1,805,160** | **90,437** | **23,777** | **59,454** | **84,928** | **2,063,756** |

**Tessemae's LLC**
Postpetition Accounts Payable Aging Detail
As of February 28, 2023

| Vendor | Under 30 | Grand Total |
|--------|---------:|------------:|
| 1040 SVB Food and Beverage Co | 176,959 | 176,959 |
| 1540 Sunrise Foods | 40,763 | 40,763 |
| 1861 Parker Plastics, Inc. | 29,532 | 29,532 |
| 1852 S&H Transport Inc | 17,120 | 17,120 |
| 1866 Winchester Cold Storage Co. | 12,046 | 12,046 |
| 1166 NetSuite / Oracle | 11,498 | 11,498 |
| 1030 Riega Foods LLC | 9,773 | 9,773 |
| 1724 AMWINS CONNECT ADMINISTRATORS | 8,643 | 8,643 |
| 1248 Yotpo Inc | 2,012 | 2,012 |
| 1592 Tipalti Inc | 1,142 | 1,142 |
| 1602 Penske | 450 | 450 |
| 1481 Progressive | 447 | 447 |
| 1019 Gamse Lithographing Company Incorporated | 192 | 192 |
| 1162 New Benefits, Ltd. | 60 | 60 |
| **Grand Total** | **310,636** | **310,636** |

# Sandy Spring Bank

Last statement: January 31, 2023
This statement: February 28, 2023
Total days in statement period: 28

Page 1 of 7
XX-XXXX43-01
(0)

Direct inquiries to:
800-399-5919

TESSEMAE'S LLC
8805 KELSO DR
ESSEX MD 21221-3112

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

---

## Commercial Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX43-01 | Beginning balance | $24,186.25 |
| Low balance | $13,783.15 | Total additions | 1,633,827.38 |
| Average balance | $398,158.29 | Total subtractions | 1,164,107.88 |
| | | Ending balance | $493,905.75 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-01 | ' Wire Out | 10,000.00 |
| | 202302010011554 COLE SCHOTZ PC - ASECURITY RETAINER | |
| 02-01 | ' Debit Card Purchase | 179.00 |
| | MERCHANT PURCHASE TERMINAL 55432863 B2B Prime*S69OX4FW | |
| | 3 Amzn.com/ WA XXXXXXXXXXX0931 SEQ # 200751025117 | |
| 02-02 | ' Debit Card Purchase | 224.10 |
| | MERCHANT PURCHASE TERMINAL 55429503 SPROUT SOCIAL, INC | |
| | 866878323 IL XXXXXXXXXXX0931 SEQ # 743429957951 | |
| 02-03 | ' Debit Card Purchase | 149.00 |
| | MERCHANT PURCHASE TERMINAL 82305093 ACCESSIBE.COM | |
| | NEW YORK NY XXXXXXXXXXX0931 SEQ # 000016084382 | |
| 02-03 | ' Debit Card Purchase | 15.98 |
| | MERCHANT PURCHASE TERMINAL 55429503 ADOBE *ACROPRO SU | |
| | BS 408536600 CA XXXXXXXXXXX0931 SEQ # 745632195047 | |
| 02-03 | ' Debit Card Purchase | 106.00 |
| | POS PURCHASE TERMINAL 00000000 MSFT * E0300M0ZET | |
| | REDMOND WA XXXXXXXXXXX0931 SEQ # 5YH86KE87B5S | |
| 02-03 | ' ACH Withdrawal | 7,500.00 |
| | TESSEMAES LLC ACH PAYMNT 230203 | |
| 02-06 | ' Cash Mgmt Trsfr Dr | 3,352.32 |
| | REF 0371754L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM TM PAYROLL 02032023 | |
| 02-06 | ' Cash Mgmt Trsfr Dr | 200.00 |
| | REF 0371800L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM | |
| 02-06 | ' Wire Out | 49,602.45 |
| | 202302060100593 RIEGA FOODS LLC 34363/ 34573 / 346 | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC
February 28, 2023

Page 2 of 7
XX-XXXX43-01

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 02-06 | ' Debit Card Purchase | 1,375.00 |
|  | MERCHANT PURCHASE TERMINAL 15270213 MSFT * E0300M20U0 | |
|  | MSBILL.IN WA XXXXXXXXXXXX0931 SEQ # 000200799079 | |
| 02-06 | ' Debit Card Purchase | 23.00 |
|  | MERCHANT PURCHASE TERMINAL 15270213 MSFT * E0300M2A73 | |
|  | MSBILL.IN WA XXXXXXXXXXXX0931 SEQ # 000601140071 | |
| 02-06 | ' ACH Withdrawal | 300,000.00 |
|  | TESSEMAES LLC ACH PAYMNT 230206 | |
| 02-07 | ' Cash Mgmt Trsfr Dr | 16,473.07 |
|  | REF 0381546L FUNDS TRANSFER TO DEP 1740398101 | |
|  | FROM TM 2022 BACKPAY 112022 | |
| 02-07 | ' Wire Out | 11,497.90 |
|  | 202302070043292 ORACLE AMERICA, IN | |
| 02-07 | ' ACH Withdrawal | 7,066.11 |
|  | TESSEMAES LLC ACH PAYMNT 230207 | |
| 02-07 | ' ACH Withdrawal | 60,524.70 |
|  | TESSEMAES LLC ACH PAYMNT 230207 | |
| 02-08 | ' Debit Card Purchase | 105.99 |
|  | MERCHANT PURCHASE TERMINAL 52704873 ADOBE STOCK | |
|  | 408536600 CA XXXXXXXXXXXX0931 SEQ # 700842510373 | |
| 02-08 | ' ACH Withdrawal | 9,600.87 |
|  | IPFS866-412-2561 IPFSPMTMOK 230208 | |
|  | A40579 | |
| 02-09 | ' Cash Mgmt Trsfr Dr | 20,217.72 |
|  | REF 0401601L FUNDS TRANSFER TO DEP 1740398101 | |
|  | FROM TM PAYROLL 02102023 | |
| 02-09 | ' Debit Card Purchase | 413.97 |
|  | MERCHANT PURCHASE TERMINAL 82305093 SHOPIFY* 168238495 | |
|  | ELK GROVE IL XXXXXXXXXXXX0931 SEQ # 000006835216 | |
| 02-10 | ' Cash Mgmt Trsfr Dr | 192.55 |
|  | REF 0411206L FUNDS TRANSFER TO DEP 1774206001 | |
|  | FROM STATE OF CA REFUND FOR ALTA | |
| 02-10 | ' Debit Card Purchase | 47.69 |
|  | MERCHANT PURCHASE TERMINAL 55420363 2CHECKO*123FORMBUI | |
|  | LDER Alpharett GA XXXXXXXXXXXX0931 SEQ # 630195938067 | |
| 02-10 | ' ACH Withdrawal | 2,865.00 |
|  | TESSEMAES LLC ACH PAYMNT 230210 | |
| 02-10 | ' ACH Withdrawal | 30,035.96 |
|  | TESSEMAES LLC INVOICE 230210 | |
| 02-13 | ' Wire Out | 27,784.50 |
|  | 202302130067803 RIGGS COUNSELMAN MGL02142023 & XSLIA | |
| 02-13 | ' Wire Out | 40,762.80 |
|  | 202302130025230 SUNRISE FOODS PREPAYMENT PO9733 | |
| 02-13 | ' Cash Mgmt Trsfr Dr | 13,927.53 |
|  | REF 0442108L FUNDS TRANSFER TO DEP 1740398101 | |
|  | FROM 401K TRANSFER JAN 2023 | |
| 02-14 | ' ACH Withdrawal | 75,000.00 |
|  | TESSEMAES LLC ACH PAYMNT 230214 | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC
February 28, 2023

Page 3 of 7
XX-XXXX43-01

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 02-14 | ' ACH Withdrawal | 27,206.85 |
| | TESSEMAES LLC ACH PAYMNT 230214 | |
| 02-15 | ' Wire Out | 40,762.80 |
| | 202302150035040 SUNRISE FOODS PREPAY PO9796 | |
| 02-15 | ' ACH Withdrawal | 3,386.69 |
| | FIRST INSURANCE INSURANCE 230215 | |
| | 900-97677363 | |
| 02-16 | ' Cash Mgmt Trsfr Dr | 2,059.57 |
| | REF 0470615L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM 401K TRANSFER 02102023 | |
| 02-16 | ' Cash Mgmt Trsfr Dr | 19,450.16 |
| | REF 0470847L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM TM PAYROLL 02172023 | |
| 02-16 | ' Wire Out | 40,762.80 |
| | 202302160100116 SUNRISE FOODS PREPAY PO9797 | |
| 02-16 | ' Debit Card Purchase | 870.00 |
| | MERCHANT PURCHASE TERMINAL 15270213 Dropbox ZFTVQGSXHY | |
| | KW San Franc CA XXXXXXXXXXXX0931 SEQ # 001198365854 | |
| 02-16 | ' Debit Card Purchase | 160.72 |
| | MERCHANT PURCHASE TERMINAL 55432863 VERIZON*RECURRING | |
| | PAY 800-VERIZ FL XXXXXXXXXXXX0931 SEQ # 202823027958 | |
| 02-16 | ' ACH Withdrawal | 1,980.40 |
| | TESSEMAES LLC ACH PAYMNT 230216 | |
| 02-16 | ' ACH Withdrawal | 10,050.00 |
| | TESSEMAES LLC ACH PAYMNT 230216 | |
| 02-16 | ' ACH Withdrawal | 26,627.68 |
| | TESSEMAES LLC ACH PAYMNT 230216 | |
| 02-16 | ' ACH Withdrawal | 74,000.00 |
| | TESSEMAES LLC ACH PAYMNT 230216 | |
| 02-17 | ' Cash Mgmt Trsfr Dr | 2,171.00 |
| | REF 0481040L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM TRANSFER FOR ADP FEES | |
| 02-17 | ' ACH Withdrawal | 181.20 |
| | THE HANOVER INSU BILLPAY 230217 | |
| 02-17 | ' ACH Withdrawal | 1,473.66 |
| | THE HANOVER INSU BILLPAY 230217 | |
| 02-21 | ' Wire Out | 40,762.80 |
| | 202302210089902 SUNRISE FOODS PREPAY PO9798 | |
| 02-21 | ' Debit Card Purchase | 56.17 |
| | MERCHANT PURCHASE TERMINAL 52704873 ADOBE CREATIVE CLO | |
| | UD 408536600 CA XXXXXXXXXXXX0931 SEQ # 700864985781 | |
| 02-21 | ' Debit Card Purchase | 790.00 |
| | MERCHANT PURCHASE TERMINAL 82305093 KLAVIYO INC. SOFTW | |
| | ARE BOSTON MA XXXXXXXXXXXX0931 SEQ # 000010839291 | |
| 02-21 | ' ACH Withdrawal | 60.00 |
| | New Benefits LTD ACH Collec 230221 | |
| | 603157 | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC
February 28, 2023

Page 4 of 7
XX-XXXX43-01

| Date | Description | Subtractions |
|---|---|---|
| 02-22 | Debit Card Purchase | 48.53 |
| | MERCHANT PURCHASE TERMINAL 55432863 GRASSHOPPER.COM | |
| | LOGMEIN.C MA XXXXXXXXXXXX0931 SEQ # 204396943365 | |
| 02-22 | Debit Card Purchase | 80.00 |
| | MERCHANT PURCHASE TERMINAL 75230973 GROCERYEC | |
| | 800443342 OH XXXXXXXXXXXX0931 SEQ # 000000008225 | |
| 02-22 | Total Service Charge | 477.41 |
| | ANALYSIS ACTIVITY FOR 01/23 | |
| 02-23 | Cash Mgmt Trsfr Dr | 3,753.55 |
| | REF 0541417L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM TM PAYROLL G VETTER 021723 | |
| 02-23 | Cash Mgmt Trsfr Dr | 22,595.67 |
| | REF 0541426L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM TM PAYROLL 02242023 | |
| 02-23 | Cash Mgmt Trsfr Dr | 5,000.76 |
| | REF 0541428L FUNDS TRANSFER TO DEP 1740398101 | |
| | FROM 401K TRANSFER 021723 022123 022423 | |
| 02-23 | Debit Card Purchase | 22.25 |
| | MERCHANT PURCHASE TERMINAL 15270213 Adobe Inc | |
| | 800833668 CA XXXXXXXXXXXX0931 SEQ # 000506578075 | |
| 02-23 | ACH Withdrawal | 8,643.33 |
| | AMWINS CONNECT A GROUP BENE 230223 | |
| | 0030013062 | |
| 02-24 | ACH Withdrawal | 2,836.60 |
| | TESSEMAES LLC ACH PAYMNT 230224 | |
| 02-24 | ACH Withdrawal | 2,850.00 |
| | TESSEMAES LLC ACH PAYMNT 230224 | |
| 02-27 | Cash Mgmt Trsfr Dr | 1,014.51 |
| | REF 0580906L FUNDS TRANSFER TO DEP 1740396501 | |
| | FROM PROGRESSIVE INSURANCE | |
| 02-27 | Debit Card Purchase | 15.89 |
| | MERCHANT PURCHASE TERMINAL 55432863 ADOBE *800-833-66 | |
| | 87 ADOBE.LY/ CA XXXXXXXXXXXX0931 SEQ # 205917634726 | |
| 02-28 | Wire Out | 40,762.80 |
| | 202302280109449 SUNRISE FOODS PREPAY PO9853 | |
| 02-28 | ACH Withdrawal | 9,700.87 |
| | IPFS866-412-2561 IPFSPMTMOK 230228 | |
| | A40579 | |
| 02-28 | ACH Withdrawal | 84,250.00 |
| | TESSEMAES LLC ACH PAYMNT 230228 | |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-03 | ACH Credit | 2,760.61 |
| | DPI SPECIALTY FO BMO ACH PA 230202 | |
| | 664045 | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC                                      Page 5 of 7
February 28, 2023                                  XX-XXXX43-01

| Date | Description | Additions |
|------|-------------|-----------|
| 02-03 | Cash Mgmt Trsfr Cr | 7,500.00 |
| | REF 0341223L FUNDS TRANSFER FRMDEP 1774206001 | |
| | FROM PAYMENT FOR BRAWNER INV | |
| 02-03 | ACH Credit | 18,727.80 |
| | THE KROGER CO. INVOICE 230203 | |
| | 100705416 | |
| 02-03 | ACH Credit | 19,194.45 |
| | THE KROGER CO. INVOICE 230203 | |
| | 100706472 | |
| 02-06 | ACH Credit | 6,163.67 |
| | KEHE PAYMENTS 230206 | |
| | E16230203125857 | |
| 02-06 | ACH Credit | 11,974.53 |
| | H.E.B. GROCERY EPOSPYMNTS 230206 | |
| | 113000609993245 | |
| 02-06 | ACH Credit | 33,549.00 |
| | THE STOP SHOP S 1000210711 230206 | |
| | 22202000046414 | |
| 02-06 | Wire IN | 650,000.00 |
| | 202302060065264 TYDINGS & ROSENBERBALTIMORE, MD 212 | |
| 02-07 | ACH Credit | 236,775.88 |
| | THE KROGER CO. INVOICE 230207 | |
| | 100709257 | |
| 02-08 | ACH Credit | 2,037.66 |
| | KEHE PAYMENTS 230208 | |
| | E31230207125857 | |
| 02-08 | Cash Mgmt Trsfr Cr | 15,984.41 |
| | REF 0391405L FUNDS TRANSFER FRMDEP 1774206001 | |
| | FROM TRANSFER FOR INV37422A | |
| 02-08 | ACH Credit | 45,120.71 |
| | WR UNITED NATURA AP PAYMENT 230208 | |
| | 055001096 | |
| 02-09 | Remote Deposit | 192.55 |
| 02-09 | Remote Deposit | 12,096.63 |
| 02-09 | Cash Mgmt Trsfr Cr | 29,973.94 |
| | REF 0401349L FUNDS TRANSFER FRMDEP 1774206001 | |
| | FROM TRANSFER FOR INV37421 | |
| 02-13 | ACH Credit | 6,646.50 |
| | THE STOP SHOP S 1000220106 230213 | |
| | 22202000055049 | |
| 02-13 | ACH Credit | 27,724.28 |
| | KEHE PAYMENTS 230213 | |
| | E01230210130827 | |
| 02-13 | ACH Credit | 45,352.02 |
| | KEHE PAYMENTS 230213 | |
| | E55230210131049 | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC
February 28, 2023

Page 6 of 7
XX-XXXX43-01

| Date | Description | Additions |
|------|-------------|----------:|
| 02-14 | ACH Credit | 10,044.00 |
| | Thrive Market, I PAYMENTS 230214 | |
| | 223761042405104 | |
| 02-14 | Cash Mgmt Trsfr Cr | 52,097.52 |
| | REF 0451117L FUNDS TRANSFER FRMDEP 1774206001 | |
| | FROM TRANSFER FOR INV37423 | |
| 02-16 | ACH Credit | 49,654.78 |
| | H.E.B. GROCERY EPOSPYMNTS 230216 | |
| | 113000609004190 | |
| 02-17 | ACH Credit | 20,083.29 |
| | KEHE PAYMENTS 230217 | |
| | E15230216152259 | |
| 02-21 | ACH Credit | 12,542.04 |
| | H.E.B. GROCERY EPOSPYMNTS 230221 | |
| | 113000609010315 | |
| 02-21 | ACH Credit | 15,360.80 |
| | ADUSA DISTRIBUTI 1000228518 230221 | |
| | 22202000063502 | |
| 02-23 | Remote Deposit | 3,330.12 |
| 02-23 | Remote Deposit | 4,663.44 |
| 02-23 | ACH Credit | 19,446.35 |
| | ALTA TESSE LLC ACH PYMT | |
| | 37629 & 37631 | |
| 02-23 | Remote Deposit | 19,927.34 |
| 02-24 | ACH Credit | 2,956.66 |
| | THE KROGER CO. INVOICE 230224 | |
| | 100730163 | |
| 02-24 | ACH Credit | 16,651.41 |
| | KEHE PAYMENTS 230224 | |
| | E01230223131020 | |
| 02-24 | ACH Credit | 34,188.14 |
| | ALTA TESSE LLC ACH PYMT | |
| | INV37743 | |
| 02-27 | ACH Credit | 13,780.37 |
| | Thrive Market, I PAYMENTS 230227 | |
| | 224599053474889 | |
| 02-27 | ACH Credit | 17,795.58 |
| | KEHE PAYMENTS 230227 | |
| | E18230224132503 | |
| 02-27 | ACH Credit | 139,474.17 |
| | THE KROGER CO. INVOICE 230225 | |
| | 100732846 | |
| 02-28 | ACH Credit | 3,798.00 |
| | ADUSA DISTRIBUTI 1000236315 230228 | |
| | 22202000075674 | |
| 02-28 | ACH Credit | 26,258.73 |
| | ALTA TESSE LLC ACH PYMT | |
| | PARTIAL PAY 37746 | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC
February 28, 2023

Page 7 of 7
XX-XXXX43-01

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-31 | 24,186.25 | 02-09 | 617,610.91 | 02-21 | 373,687.61 |
| 02-01 | 14,007.25 | 02-10 | 584,469.71 | 02-22 | 373,081.67 |
| 02-02 | 13,783.15 | 02-13 | 581,717.68 | 02-23 | 380,433.36 |
| 02-03 | 54,195.03 | 02-14 | 541,652.35 | 02-24 | 428,542.97 |
| 02-06 | 401,329.46 | 02-15 | 497,502.86 | 02-27 | 598,562.69 |
| 02-07 | 542,543.56 | 02-16 | 371,196.31 | 02-28 | 493,905.75 |
| 02-08 | 595,979.48 | 02-17 | 387,453.74 | | |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

Last statement: January 31, 2023
This statement: February 28, 2023
Total days in statement period: 28

Page 1 of 4
XX-XXXX81-01
(0)

Direct inquiries to:
800-399-5919

TESSEMAE'S LLC
PAYROLL
8805 KELSO DR
ESSEX MD 21221-3112

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Commercial Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX81-01 | Beginning balance | $16,438.48 |
| Low balance | $-3,623.76 | Total additions | 109,328.86 |
| Average balance | $8,117.09 | Total subtractions | 125,637.55 |
| | | Ending balance | $129.79 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-01 | ' ACH Withdrawal<br>FURTHER EDI PYMNTS 230201<br>SG501610 | 512.49 |
| 02-07 | ' ACH Withdrawal<br>ADP Tax ADP Tax 230207<br>AA0LQ 020606A01 | 6,538.36 |
| 02-07 | ' ACH Withdrawal<br>ADP WAGE PAY WAGE PAY 230207<br>6160853342030LQ | 12,739.95 |
| 02-08 | ' ACH Withdrawal<br>ADP Tax ADP Tax 230208<br>AA0LQ 020806A01 | 5,704.30 |
| 02-08 | ' ACH Withdrawal<br>ADP WAGE PAY WAGE PAY 230208<br>5140881429730LQ | 10,768.77 |
| 02-10 | ' ACH Withdrawal<br>FURTHER EDI PYMNTS 230210<br>SG501610 | 171.85 |
| 02-10 | ' ACH Withdrawal<br>ADP Tax ADP Tax 230210<br>AA0LQ 021006A01 | 6,870.96 |
| 02-10 | ' ACH Withdrawal<br>ADP WAGE PAY WAGE PAY 230210<br>7510526858150LQ | 13,174.91 |
| 02-14 | ' ACH Withdrawal<br>FURTHER EDI PYMNTS 230214<br>SG501610 | 171.85 |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC                                              Page 2 of 4
February 28, 2023                                          XX-XXXX81-01

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 02-15 | ' ACH Withdrawal<br>GREAT-WEST TRUST PAYMENTS 230215<br>703049778784 | 1,724.34 |
| 02-15 | ' ACH Withdrawal<br>GREAT-WEST TRUST PAYMENTS 230215<br>703049778785 | 1,986.83 |
| 02-15 | ' ACH Withdrawal<br>GREAT-WEST TRUST PAYMENTS 230215<br>703049778786 | 2,534.03 |
| 02-15 | ' ACH Withdrawal<br>GREAT-WEST TRUST PAYMENTS 230215<br>703049778787 | 2,534.03 |
| 02-15 | ' ACH Withdrawal<br>GREAT-WEST TRUST PAYMENTS 230215<br>703049778789 | 2,534.03 |
| 02-15 | ' ACH Withdrawal<br>GREAT-WEST TRUST PAYMENTS 230215<br>703049778788 | 2,614.27 |
| 02-17 | ' ACH Withdrawal<br>ADP PAYROLL FEES ADP FEES 230217<br>927127479119R01 | 175.00 |
| 02-17 | ' ACH Withdrawal<br>ADP PAYROLL FEES ADP FEES 230217<br>927127479118R01 | 1,996.29 |
| 02-17 | ' ACH Withdrawal<br>ADP WAGE PAY WAGE PAY 230217<br>7700669655310LQ | 12,911.81 |
| 02-17 | ' ACH Withdrawal<br>ADP Tax ADP Tax 230217<br>AA0LQ 021707A01 | 6,538.35 |
| 02-21 | ' ACH Withdrawal<br>GREAT-WEST TRUST PAYMENTS 230221<br>702818004235 | 2,059.57 |
| 02-22 | ' ACH Withdrawal<br>ADP PAYROLL FEES ADP FEES 230222<br>927127516341 | 583.80 |
| 02-22 | ' ACH Withdrawal<br>ADP Tax ADP Tax 230222<br>AA0LQ 022108A01 | 1,159.75 |
| 02-22 | ' ACH Withdrawal<br>ADP WAGE PAY WAGE PAY 230222<br>9408252360070LQ | 2,010.00 |
| 02-22 | ' Total Service Charge<br>ANALYSIS ACTIVITY FOR 01/23 | 25.58 |
| 02-24 | ' ACH Withdrawal<br>ADP WAGE PAY WAGE PAY 230224<br>9384250281890LQ | 14,921.83 |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

TESSEMAE'S LLC                                          Page 3 of 4
February 28, 2023                                       XX-XXXX81-01

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 02-24 | ' ACH Withdrawal | 513.55 |
| | GREAT-WEST TRUST PAYMENTS 230224 | |
| | 703751304099 | |
| 02-24 | ' ACH Withdrawal | 1,986.83 |
| | GREAT-WEST TRUST PAYMENTS 230224 | |
| | 703751304100 | |
| 02-24 | ' ACH Withdrawal | 7,673.84 |
| | ADP Tax ADP Tax 230224 | |
| | AA0LQ 022408A01 | |
| 02-27 | ' ACH Withdrawal | 2,500.38 |
| | GREAT-WEST TRUST PAYMENTS 230227 | |
| | 702584901495 | |

## CREDITS

| Date | Description | Additions |
|------|-------------|----------:|
| 02-06 | ' Cash Mgmt Trsfr Cr | 200.00 |
| | REF 0371800L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM | |
| 02-06 | ' Cash Mgmt Trsfr Cr | 3,352.32 |
| | REF 0371754L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM TM PAYROLL 02032023 | |
| 02-07 | ' Cash Mgmt Trsfr Cr | 16,473.07 |
| | REF 0381546L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM TM 2022 BACKPAY 112022 | |
| 02-09 | ' Cash Mgmt Trsfr Cr | 20,217.72 |
| | REF 0401601L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM TM PAYROLL 02102023 | |
| 02-13 | ' Cash Mgmt Trsfr Cr | 13,927.53 |
| | REF 0442108L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM 401K TRANSFER JAN 2023 | |
| 02-16 | ' Cash Mgmt Trsfr Cr | 2,059.57 |
| | REF 0470615L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM 401K TRANSFER 02102023 | |
| 02-16 | ' Cash Mgmt Trsfr Cr | 19,450.16 |
| | REF 0470847L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM TM PAYROLL 02172023 | |
| 02-17 | ' Cash Mgmt Trsfr Cr | 2,171.00 |
| | REF 0481040L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM TRANSFER FOR ADP FEES | |
| 02-22 | ' ACH Credit | 127.51 |
| | ADP Tax ADP Tax 230222 | |
| | AA0LQ 8792806VV | |
| 02-23 | ' Cash Mgmt Trsfr Cr | 3,753.55 |
| | REF 0541417L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM TM PAYROLL G VETTER 021723 | |

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 02/28/2023

# Sandy Spring Bank

TESSEMAE'S LLC
February 28, 2023

Page 4 of 4
XX-XXXX81-01

| Date | Description | Additions |
|------|-------------|-----------|
| 02-23 | ' Cash Mgmt Trsfr Cr | 5,000.76 |
| | REF 0541428L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM 401K TRANSFER 021723 022123 022423 | |
| 02-23 | ' Cash Mgmt Trsfr Cr | 22,595.67 |
| | REF 0541426L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM TM PAYROLL 02242023 | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01-31 | 16,438.48 | 02-10 | 200.00 | 02-21 | 27.86 |
| 02-01 | 15,925.99 | 02-13 | 14,127.53 | 02-22 | -3,623.76 |
| 02-06 | 19,478.31 | 02-14 | 13,955.68 | 02-23 | 27,726.22 |
| 02-07 | 16,673.07 | 02-15 | 28.15 | 02-24 | 2,630.17 |
| 02-08 | 200.00 | 02-16 | 21,537.88 | 02-27 | 129.79 |
| 02-09 | 20,417.72 | 02-17 | 2,087.43 | | |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 02/28/2023

# Sandy Spring Bank

Last statement: January 31, 2023
This statement: February 28, 2023
Total days in statement period: 28

Page 1 of 1
XX-XXXX22-27
(0)

Direct inquiries to:
800-399-5919

TESSEMAE'S LLC
8805 KELSO DR
ESSEX MD 21221-3112

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

---

## Business Premier MM Savings

| | |
|---|---|
| Account number | XX-XXXX22-27 |
| Low balance | $1,450.72 |
| Average balance | $1,450.72 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-31 | Beginning balance | | | $1,450.72 |
| 02-28 | Service Charge | | -10.00 | 1,440.72 |
| | MAINTENANCE FEE | | | |
| 02-28 | **Ending totals** | **.00** | **-10.00** | **$1,440.72** |

**INTEREST INFORMATION**

| | |
|---|---|
| Annual percentage yield earned | 0.00 % |
| Interest-bearing days | 28 |
| Average balance for APY | $1,450.72 |
| Interest earned | $0.00 |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

# Sandy Spring Bank

Last statement: January 31, 2023
This statement: February 28, 2023
Total days in statement period: 28

Page 1 of 1
XX-XXXX65-01
(0)

Direct inquiries to:
800-399-5919

TESSEMAE'S LLC
PAYPAL ACCOUNT
8805 KELSO DR
ESSEX MD 21221-3112

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Commercial Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX65-01 | Beginning balance | $288.23 |
| Low balance | $96.64 | Total additions | 1,014.51 |
| Average balance | $177.81 | Total subtractions | 1,206.10 |
| | | Ending balance | $96.64 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 02-03 | ' Debit Card Purchase | 139.23 |
| | MERCHANT PURCHASE TERMINAL 55207393 YEARLI.COM | |
| | GRAND RAP MI XXXXXXXXXXX1964 SEQ # 310534473085 | |
| 02-03 | ' Debit Card Purchase | 6.30 |
| | MERCHANT PURCHASE TERMINAL 55207393 YEARLI.COM | |
| | GRAND RAP MI XXXXXXXXXXX1964 SEQ # 310534784556 | |
| 02-22 | ' Total Service Charge | 46.06 |
| | ANALYSIS ACTIVITY FOR 01/23 | |
| 02-28 | ' Debit Card Purchase | 1,014.51 |
| | MERCHANT PURCHASE TERMINAL 55432863 PROGRESSIVE INS | |
| | 855-758-0 OH XXXXXXXXXXX1964 SEQ # 206107450220 | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-27 | ' Cash Mgmt Trsfr Cr | 1,014.51 |
| | REF 0580906L FUNDS TRANSFER FRMDEP 1704564301 | |
| | FROM PROGRESSIVE INSURANCE | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 288.23 | 02-22 | 96.64 | 02-28 | 96.64 |
| 02-03 | 142.70 | 02-27 | 1,111.15 | | |

***Thank you for banking with Sandy Spring Bank***

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

**Tessemae's LLC**
Bank Reconciliations
As of February 28, 2023

| 1010 - TM Checking - Operations (Sandy Spring) | | |
|---|---|---|
| **Cash balance per bank statement** | **$** | **493,905.75** |
| Add: Deposits in transit | | |
| | $ | - |
| Deduct: Outstanding checks | | |
| | $ | - |
| **Reconciled Cash Balance** | **$** | **493,905.75** |

| 1013 - TM Checking - Payroll (Sandy Spring) | | |
|---|---|---|
| **Cash balance per bank statement** | **$** | **129.79** |
| Add: Deposits in transit | | |
| | $ | - |
| Deduct: Outstanding checks | | |
| | $ | - |
| **Reconciled Cash Balance** | **$** | **129.79** |

| 1014 - TM Savings - Money Market (Sandy Spring) | | |
|---|---|---|
| **Cash balance per bank statement** | **$** | **1,440.72** |
| Add: Deposits in transit | | |
| | $ | - |
| Deduct: Outstanding checks | | |
| | $ | - |
| **Reconciled Cash Balance** | **$** | **1,440.72** |

| 1015 - TM Checking - Facility / R&M | | |
|---|---|---|
| **Cash balance per bank statement** | **$** | **96.64** |
| Add: Deposits in transit | | |
| | $ | - |
| Deduct: Outstanding checks | | |
| | $ | - |
| **Reconciled Cash Balance** | **$** | **96.64** |