IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re: | (Chapter 11) |
| Tessemae's LLC,[1] | Case No. 23-10675 (NVA) |
| Debtor. | |

**FIRST MONTHLY FEE STATEMENT OF AURORA MANAGEMENT
PARTNERS INC. AS FINANCIAL ADVISOR FOR THE DEBTOR, FOR
THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | Aurora Management Partners Inc. |
| Authorized to Provide Professional Services to: | Debtor |
| Date of Retention: | February 27, 2023 (Pursuant to Order entered March 21, 2023) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2023 through April 30, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $70,094.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a monthly application.

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are Tessemae's LLC (2871). The Debtor's principal address is 714 South Wolfe Street, P.O. Box No. 38438, Baltimore, Maryland 21231.

65577/0002-45158926v2

Dated:  May 17, 2023            **COLE SCHOTZ P.C.**

           By: */s/ Gary H. Leibowitz*
           Gary H. Leibowitz (Bar No. 24717)
           Irving E. Walker (Bar No. 00179)
           H.C. Jones III (Bar No. 20064)
           300 East Lombard Street, Suite 1111
           Baltimore, MD  21202
           (410) 230-0660
           (410) 230-0667 (fax)
           gleibowitz@coleschotz.com
           iwalker@coleschotz.com
           hjones@coleschotz.com

           *Counsel for Debtor and Debtor-In-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | (Chapter 11) |
| Tessemae's LLC,[1] | Case No. 23-10675 (NVA) |
| Debtor. | |

### FIRST MONTHLY FEE STATEMENT OF AURORA MANAGEMENT PARTNERS INC. AS FINANCIAL ADVISOR FOR THE DEBTOR, FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023

Pursuant to the Order Pursuant to 11 U.S.C. §§ 105, 328 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 128] entered by the Court on April 27, 2023 (the "Interim Compensation Order"), Aurora Management Partners Inc. ("AMP"), financial advisor for the Debtor and Debtor-in-Possession (the "Debtor"), submits this monthly statement of services rendered and expenses incurred in this case for the period from April 1, 2023 through April 30, 2023 (the "Statement Period").

**I.** **Itemization of Services Rendered by AMP:**

A. The following is a summary of the hours spent for which AMP seeks compensation, the hourly rate for each financial advisor and the resulting fees are:

---

[1] The Debtor in this Chapter 11 case and the last four digits of its federal tax identification are Tessemae's LLC (2871). The Debtor's principal address is 714 South Wolfe Street, P.O. Box No. 38438, Baltimore, Maryland 21231.

**SUMMARY**

| Name | Position | Number of Consulting Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|
| David M. Baker | Managing Partner | 6.4 | $745.00 | $4,768.00 |
| Matthew R. Dossey | Director | 70.9 | $425.00 | $30,132.50 |
| Gregory M. Baker | Director | 1.2 | $395.00 | $474.00 |
| Travis M. Grody | Member | 99.2 | $350.00 | $34,720.00 |
| **Total** | -- | **177.7** | -- | **$70,094.50** |

B. The time records of AMP consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred, are attached as **Exhibit A** to this Statement.

C. The blended hourly rate for all services during the Statement Period is $394.45 per hour, which is derived by dividing the total fees requested of $70,094.50 by the total hours of 177.7.

II. **The Maryland Guidelines for Fee Applications**

In accordance with the Maryland Compensation Guidelines for Professionals, AMP has organized its detailed breakdown of time entries by tasks. For the Statement Period, the time entries are divided into the following task categories (the "Task Categories"):

> Administration - documentation
> Analysis of information and developing alternatives
> Consult with client and others re engagement; strategize
> Data gathering and analysis.
> Accounting, Financial statements
> Meetings with client, attorneys, etc.
> Management work
> Sale Process and negotiation
> Strategy analysis and corporate strategy and planning.
> Telephone conversation concerning project.

A. **Itemization of Services Rendered and Disbursements Incurred By Category**

The following itemization presents the services rendered by AMP by Task Categories, and provides a summary of disbursements incurred by category of disbursement.

1. Services Rendered

The following services were rendered in the following Task Categories:

| Task Category | Hours |
|---|---:|
| Administration - documentation | 2.1 |
| Analysis of information and developing alternatives | 17.9 |
| Consult with client and others re engagement; strategize | 0.3 |
| Data gathering and analysis | 4.5 |
| Accounting, Financial statements | 108.8 |
| Meetings with client, attorneys, etc. | 10.2 |
| Management work | 2.2 |
| Sale Process and negotiation | 0.4 |
| Strategy analysis and corporate strategy and planning | 18.3 |
| Telephone conversation concerning project | 13.0 |
| **TOTAL** | **177.7** |

A detailed itemization of the services rendered in each of the above Task Categories is set forth in **Exhibit A**.

2. Disbursements Incurred

There are no disbursements incurred by AMP for this Statement.

Accordingly, the amount of compensation and expenses payable for this Statement Period is $56,075.60, which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period | $70,094.50 |
| Twenty Percent (20%) Holdback | - $14,018.90 |
| Fees Minus Holdback | $56,075.60 |
| Costs (100%) | + $0.00 |
| **TOTAL** | **$56,075.60** |

AMP respectfully requests that these amounts be paid pursuant to the Court's Interim Compensation Order.

Dated: May 17, 2023 **COLE SCHOTZ P.C.**

By: */s/ Gary H. Leibowitz*
Gary H. Leibowitz (Bar No. 24717)
Irving E. Walker (Bar No. 00179)
H.C. Jones III (Bar No. 20064)
300 East Lombard Street, Suite 1111
Baltimore, MD 21202
(410) 230-0660
(410) 230-0667 (fax)
gleibowitz@coleschotz.com
iwalker@coleschotz.com
hjones@coleschotz.com

*Counsel for Debtor and Debtor-In-Possession*

65577/0002-45158926v2

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, a copy of the foregoing **First Monthly Fee Statement of Aurora Management Partners Inc. as Financial Advisor for the Debtor, for the Period from April 1, 2023 through April 30, 2023** (the "Monthly Statement") was served on the parties below by electronic service via the CM/ECF system and by electronic mail:

| | |
|---|---|
| J. Dan Ford, Assistant United States Trustee | Richard L. Costella, Esquire |
| Office of the United States Trustee | Tydings & Rosenberg |
| 101 West Lombard Street, Suite 2625 | One East Pratt Street |
| Baltimore, MD 21201 | Suite 901 |
| | Baltimore, MD 21202 |

I further certify the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May 17, 2023                                          **COLE SCHOTZ P.C.**

By:  */s/ Gary H. Leibowitz*
Gary H. Leibowitz (Bar No. 24717)
300 East Lombard Street, Suite 1111
Baltimore, MD  21202
(410) 230-0660
(410) 230-0667 (fax)
gleibowitz@coleschotz.com

*Counsel for Debtor and Debtor-In-Possession*