Entered: September 20th, 2023
Signed: September 20th, 2023

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| TESSEMAE'S LLC | * | CASE NO.: 23-1-0675-NVA |
| | | (Chapter 11) |
| Debtor | * | |
| * * * * * * * | | |
| | * | |
| ALLY BANK | | |
| Movant | * | |
| v. | * | |
| TESSEMAE'S LLC | * | |
| Respondent | * | |
| * * * * * * * * * * * * * | | |

## CONSENT ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief From Automatic Stay and to Reclaim Property filed by Ally Bank, the Movant, with regard to the vehicle subject to its purchase money security interest, namely one 2020 Ford Transit Extended Passenger Van T-350 XL Medium Roof 3.5L V6, VIN: 1FBAX2C8XLKA20931; and Movant and the Respondent, Tessemae's LLC, having agreed to the terms of this Consent Order; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Automatic Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described vehicle; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent; and it is further

AND IT IS FURTHER ORDERED, that the Respondent having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Terminating Automatic Stay.

| | |
|---|---|
| /s/Gary H. Leibowitz_____ | /s/Michael J. Klima, Jr._____ |
| Gary H. Leibowitz | MICHAEL J. KLIMA, JR. #25562 |
| 300 E. Lombard Street | 8028 Ritchie Highway |
| Suite 1111 | Suite 300 |
| Baltimore, MD 21202 | Pasadena, MD 21122 |
| 410-230-0660 | (410)768-2280 |
| Attorney for Debtor/ | Attorney for Movant |
| Respondent | Attorney File No.: 23-27022-0 |

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order.

      /s/Michael J. Klima, Jr. _____
Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.

3

cc:    Michael J. Klima, Jr., Esquire
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Tessemae's LLC
714 South Wolfe Street
P.O. Box No. 38438
Baltimore, Maryland 21231-7522

Gary H. Leibowitz, Esquire
300 E. Lombard Street
Suite 1111
Baltimore, MD 21202

Hugh M. (UST) Bernstein
James Daniel (UST) Ford, Jr.
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201

**End of Order**