IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| TESSEMAE'S LLC | * | Case No: 23-10675-NVA |
| | | (Chapter 11) |
| Debtor | * | |

* * * * * * * * * * * *

**GREGORY AND GENEVIEVE VETTER'S OPPOSITION TO DEMOCRACY CAPITAL CORPORATION'S MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 1112(b) AND SUPPORT OF DEBTOR'S OPPOSITION TO SAME**

Gregory and Genevieve Vetter, parties-in-interest and creditors (the "Vetters"), by counsel, file this opposition to Democracy Capital Corporation's Motion to Convert Chapter 11 Case to Chapter 7 Case Pursuant to 11 U.S.C. § 1112(b) (the "Conversion Motion") [Dkt. 240].

1. Democracy Capital Corporation ("Democracy") filed the Conversion Motion on November 17, 2023 alleging adequate cause to convert this bankruptcy case (the "Chapter 11 Case") to Chapter 7 case.

2. Tessemae's LLC, the debtor-in-possession, ("Debtor" or "Tessemae's") filed its Opposition to Democracy Capital Corporation's Motion to Convert Chapter 11 to Chapter 7 Case Pursuant to 11 U.S.C. § 1112(b) (the "Opposition") [Dkt. 244] on December 1, 2023 highlighting in the Conversion Motion numerous instances of false statements and misrepresentations of facts alleged by Democracy. The Vetters support the Debtor's Opposition and its request that the Conversion Motion be denied, for the reasons set forth in the Debtor's Opposition.

3. A conversion from Chapter 11 to Chapter 7 would impact not only the Debtor's creditors, but also all parties-in-interest, including the Vetters; other secured lenders; and the professionals engaged to provide services to the Debtor in its bankruptcy proceedings.[1]

---

[1] The Vetters are both equity interest holders and also creditors by virtue of the Debtor's indemnification of certain obligations incurred by the Vetters, as more fully set forth in the Debtor's amended operating agreement and referenced in the Vetters' proofs of claim [Claim Nos. 50 and 51].

4. Notably, not one single other party has joined Democracy's request to convert this case, which comes on the eve of the Debtor's proposed auction of the Debtor's assets on December 18, 2023. To the extent that Democracy argues that conversion is in the best interest of **all creditors and the estate** and other parties-in-interest (which finding must be made in accordance with §1121(b)(1)), this argument is completely belied by the total lack of support from any other party.

WHEREFORE, for the reasons stated herein, Plaintiff's requests that the Court enter an order denying Democracy's Conversion Motion and grant such other and further relief as just and proper.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 28257
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0788
chopkin@yvslaw.com
*Counsel for Gregory and Genevieve Vetter*

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2023, notice of filing the Reply to Opposition in Response to Motion Seeking Extension of the Automatic Stay under 11 U.S.C. §§ 362(a) (the "Motion") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list; and a copy of the Motion was mailed first class, postage prepaid to the parties on the attached service list.

                                                /s/ Catherine Keller Hopkin
                                                Catherine Keller Hopkin

**The following parties received a
copy of the filing by first class mail:**

Tessemae's LLC
714 South Wolfe Street
P. O Box 38438
Baltimore, Maryland  21231-7522

Aurora Management Partners Inc.
112 South Tyron St.
Ste 1770
Charlotte, NC 28284

B. Riley Securities, Inc.
11100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90025

**The following parties received
CM/ECF notice of the filing:**

Monique D. Almy, Esquire
(malmy@crowell.com)
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C.  20004-2595

Alison D. Bauer, Esquire
(abauer@foleyhoag.com)
Counsel for Sunrise Foods International
Foley Hoag LLP
1301 Avenue of the Americas, 25th Floor
New York, New York  10019

Hugh M. Bernstein, Esquire
hugh.m.bernstein@usdoj.gov ()
Office of U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Richard L. Costella, Esquire
(rcostella@tydings.com)
Counsel for MCDJRTESSE, LLC and PMCDTESSE, LLC
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland  21202

Sudipta Das, Esquire
(sdas@gfrlaw.com)
Counsel for Clearview Consulting, Inc.
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202

Mark Dimenna, Esquire
(mark.dimenna@offitkurman.com)
Counsel for Democracy Capital Corp.
Offit Kurman
300 East Lombard Street, Suite 2100
Baltimore, Maryland  21020

James Daniel Ford, Jr., Esquire
(j.dan.ford@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Robert A. Gaumont, Esquire
(rgaumont@gfrlaw.com)
Counsel for Clearview Consulting, Inc.
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, Maryland  21201

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Gregory Vetter
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Harry Conrad Jones, III, Esquire
(hjones@coleschotz.com)
Counsel for Debtor
Cole Schotz P.C.
300 East Lombard Street, Suite 1450
Baltimore, Maryland  21202

Lawrence A. Katz, Esquire
(lkatz@hirschlerlaw.com)
Counsel for Michael McDevitt
Hirschler Fleischer
1676 International Drive, Suite 1350
Tysons, Virginia  22102

Michael J. Klima, Jr., Esquire
(bankruptcy@peroutkalaw.com)
Counsel for Ally Bank
Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, Maryland  21122

C. Kevin Kobbe, Esquire
(kevin.kobbe@us.dlapiper.com)
Counsel for Jupiter Fund LLC
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland  21209-3600

Joyce A. Kuhns, Esquire
(jkuhns@offitkurman.com)
Counsel for Democracy Capital Corporation
Offit Kurman, P.A.
300 East Lombard Street, 20th Floor
Baltimore, Maryland  21202

Craig B. Leavers, Esquire
(craig@leaverslaw.com)
Counsel for HEK, LLC
The Law Office of Craig B. Leavers, LLC
P. O. Box 306
Cockeysville, Maryland  21030

Gary H. Leibowitz, Esquire
(gleibowitz@coleschotz.com)
Counsel for Debtor
Cole Schotz P.C.
300 East Lombard Street, Suite 1111
Baltimore, Maryland  21202

Kimberly A. Manuelides, Esquire
(kmanuelides@sagallaw.com)
Counsel for Yellow Brick Road III LLC
Sagal, Filbert, Quasney, & Betten, P.A.
600 Washington Avenue, Suite 300
Towson, Maryland  21204

Bryan Mull, Esquire
(bmull@gfrlaw.com)
Counsel for Clearview Consulting, Inc.
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202

John Michael Pardoe, Esquire
(mpardoe@coleschotz.com)
Counsel for Debtor
Cole Schotz P.C.
300 East Lombard Street, Suite 1111
Baltimore, Maryland  21202

Jiun Wen Teoh, Esquire
(jteoh@foleyhoag.com)
Counsel for Sunrise Foods International
Foley Hoag
1301 Avenue of the Americas
New York, New York  10019

U.S. Trustee – Baltimore
(ustpregion04.ba.ecf@usdoj.gov)
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Irving Edward Walker, Esquire
(iwalker@coleschotz.com)
Counsel for Debtor
Cole Schotz P.C.
300 East Lombard Street, Suite 1111
Baltimore, Maryland  21202