## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **23–10675 – NVA**     Chapter: **11**

**Tessemae's LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:      252 – Line Submitting Opinion and Judgment Granting Summary Judgment in Favor of Democracy and Against Tessemaes LLC and Dismissal of Tessemaes LLCs Counterclaims Against Democracy in the Circuit Court for Baltimore County Litigation on behalf of Democracy Capital Corporation Filed by Joyce A. Kuhns (related document(s) 196 Memorandum Order Modifying the Automatic Stay Re: Motion To Allow State Court Action to Proceed to Judgment, 51 Relief from Stay and Notice of Motion filed by Democracy Capital Corporation) (Kuhns, Joyce). Modified on 12/15/2023 (Harper, Vicky).

PROBLEM:      **The following items are deficient for the above pleading, and must be cured by 1/2/24.**

   **The Opinion and Judgment on Democracys Capital Corporations Motion for Summary Judgment and Motion to Dismiss Counterclaims is not attached to the Line.**

CURE:      File the Opinion and Judgment by the cure date referenced above.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.


**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 12/19/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Vicky Harper
410–962–4075


cc:   Debtor
   Attorney for Debtor – Gary H. Leibowitz
   Attorney for Democracy Capital Corporation – Joyce A. Kuhns

defntc (rev. 12/12/2016)