IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | (Chapter 11) |
| Tessemae's LLC, | Case No. 23-10675 (NVA) |
| Debtor. | |

**AMENDED LINE SUBMITTING OPINION AND JUDGMENT GRANTING SUMMARY JUDGMENT IN FAVOR OF DEMOCRACY CAPITAL CORPORATION AND AGAINST TESSEMAE'S LLC AND DISMISSAL OF TESSEMAE'S LLC'S COUNTERCLAIMS AGAINST DEMOCRACY CAPITAL CORPORATION IN THE CIRCUIT COURT FOR BALTIMORE COUNTY LITIGATION**

Democracy Capital Corporation ("Democracy"), by its undersigned counsel, files this Amended Line Submitting Opinion and Judgment Granting Summary Judgment in Favor of Democracy and Against Tessemae's LLC and Dismissal of Tessemae's LLC's Counterclaims Against Democracy in the Circuit Court for Baltimore County litigation (the "State Court Action") and, further states:

1. In its Memorandum Order Modifying the Automatic Stay that entered on August 10, 2023 [ECF No. 196], the Bankruptcy Court modified the automatic stay to permit the Circuit Court for Baltimore County (Truffer, J.) (the "State Court") to rule on a pending Second Motion for Summary Judgment and Motion to Dismiss Counterclaims in the State Court Action and ordered "that the parties shall promptly file in this bankruptcy case the findings and rulings of the State Court in the State Court Action on the pending Motion for Summary Judgment and Counterclaim..." (the "Lift Stay Order").

2. In accordance with the Lift Stay Order, attached is the Opinion on Democracy's Capital Corporation's Motion for Summary Judgment and Motion to Dismiss Counterclaims and

accompanying Judgment awarding Democracy a monetary judgment and dismissing the

Counterclaims against it, with prejudice.

Dated: January 2, 2024                        OFFIT KURMAN, P.A.

/s/ Joyce A. Kuhns
Joyce A. Kuhns, Esq. (03979)
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
Telephone: (410) 209-6463
Facsimile: (410) 209-6400
Email: jkuhns@offitkurman.com

*Counsel for Democracy Capital Corporation*

## JOINT CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2024, I reviewed the Court's CM/ECF system and it reports that electronic copies of Democracy Capital Corporation's Amended Line Submitting Opinion and Judgment Granting Summary Judgment in Favor of Democracy Capital Corporation and Against Tessemae's LLC and Dismissal of Tessemae's LLC Counterclaims in the Circuit Court for Baltimore County Litigation and Line Withdrawing Amended Line Submitting Opinion and Judgment Granting Summary Judgment in Favor of Democracy Capital Corporation and Against Tessemae's LLC and Dismissal of Tessemae's LLC Counterclaims in the Circuit Court for Baltimore County Litigation Filed at ECF No. 260 (due to incorrect attachment) will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Hugh M. Bernstein, Assistant U.S. Trustee<br>Office of the United States Trustee<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201<br>hugh.m.bernstein@usdoj.gov | Gary Leibowitz, Irving Walker, and HC Jones, III<br>Cole Schotz, P.C.<br>300 East Lombard Street<br>Baltimore, Maryland 21202<br>gleibowitz@coleschotz.com |
| Kimberly A. Manuelides, Esq.<br>Sagal, Filbert, Quasney & Betten, P.A.<br>600 Washington Avenue Suite 300<br>Towson, Maryland 21204<br>kmanuelides@sagallaw.com | Lawrence A. Katz<br>Hirschler Fleischer<br>1676 International Drive, Suite 1350<br>Tysons, VA 22102-0000<br>lkatz@hirschlerlaw.com |
| C. Kevin Kobbe, Esquire<br>DLA Piper LLP (US)<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>kevin.kobbe@us.dlapiper.com | Catherine Keller Hopkin, Esquire<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, Maryland 21401<br>chopkin@yvslaw.com |
| Richard L. Costella<br>Tydings & Rosenberg LLP<br>One E. Pratt Street, Suite 901<br>Baltimore, MD 21202<br>rcostella@tydings.com | Monique D. Almy, Esquire<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>malmy@crowell.com |
| Alison D. Bauer abauer@foleyhoag.com<br>JiunWen Bob Teoh jteoh@foleyhoag.com<br>FOLEY HOAG LLP<br>1301 Avenue of the Americas, 25th Floor<br>New York, NY 10019 | Craig B. Leavers, Esq. Craig@LeaversLaw.com<br>The Law Offices of Craig B. Leavers, LLC<br>P.O. Box 306<br>Cockeysville, Maryland 21030 |
| Robert A. Gaumont rgaumont@gfrlaw.com<br>Bryan M. Mull bmull@gfrlaw.com<br>Sudipta Das sdas@gfrlaw.com<br>Gordon Feinblatt, LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202 | |

I FURTHER CERTIFY that on January 2, 2024, copies of both Lines were served via First-Class mail, postage prepaid, on the parties listed on the service list below:

3

| | |
|---|---|
| GP Stamas Family Trust<br>8 Waterbury Court<br>Baltimore, MD 21212 | CE CID LLC<br>2410 Evergreen Road<br>Gambrills, MD 21054 |
| LEC LLC<br>845 E. Heartstrong St.<br>Superior, CO 80027 | Jupiter Fund LLC<br>102 W. Pennsylvania, Suite 100<br>Towson, MD 21204 |
| Peter R. McDermott<br>1 Pond Dr.<br>Englewood, CO 80113 | Robert F. McDermott<br>4455 South Holly Street<br>Cherry Hills Village, CO 80111 |
| Clearview Group<br>Attn: Brian Davis<br>11155 Red Run Blvd., Suite 410<br>Owings Mills, MD 21117 | Vetter Brothers Manufacturing, LLC<br>Attn: Brian Vetter<br>595 Owensville Road<br>West River, MD 20775 |
| K2 Trust, LLC<br>5244 N. 37th Place<br>Paradise Valley, AZ 85253 | Fleet Street Club III L.P.<br>11770 US Highway 1, Suite 503<br>Palm Beach Gardens, FL 33408 |
| Benjamin H. Griswold IV<br>901 S. Bond St., Suite 400<br>Baltimore, MD 21231 | David Charles Moran<br>375 W. Royal Flamingo Dr.<br>Sarasota, FL 34236 |
| AIS Portfolio Services, LLC, Ally Bank Dept<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Tenacious Adventures, Attn: Kipp Lasseter<br>5244 N. 37th Place<br>Paradise Valley, AZ 85253 |
| M&C Irrevocable Trust<br>5973 West Cielo Grande<br>Glendale, AZ 85301 | C&J Irrevocable Trust<br>5973 West Cielo Grande<br>Glendale, AZ 85301 |
| Deborah Grove Living Trust<br>Attn: Deborah M. Grove<br>5936 Elmer Derr Rd.<br>Frederick, MD 21703 | Scott Carmel<br>110 Venetian Way<br>Dildo Island<br>Miami Beach, FL 33139 |
| Christina Pagano<br>14 Lost Run Trail<br>Zionsville, IN 46077 | Brown, Goldstein & Levy, LLP<br>120 E. Baltimore Street, Suite 2500<br>Baltimore, MD 21202 |
| Altus Receivables Management, Trust Account<br>2400 Veterans Memorial Blvd.<br>Kenner, LA 70062 | Falling Green Capital LLC<br>3718 Falling Green Way<br>Mount Airy, MD 21771 |
| Donald McDonald<br>2180 Royal Oaks Dr.<br>Rockledge, FL 32955 | John Ege<br>100 St. Paul St., Suite 800<br>Denver, CO 80206 |

I CERTIFY the foregoing statements are made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: January 2, 2024                                    /s/ Joyce A. Kuhns
                                                              Joyce A. Kuhns, Esq.