## **EXHIBIT B**

Liquidation Analysis

## Tessemae's LLC - - Projected May 13, 2024 – Best Interest of Creditors Test

| | | | Chapter 11 | | Chapter 7 | |
|---|---|---|---|---|---|---|
| | | Notes | Low | High | Low | High |
| A | Cash (after sale of FFE and collection of A/R) | 1 | $5,220,000 | $5,320,000 | $4,870,000 | $4,970,000 |
| B | Preference Actions & Estate Litigation | 2 | $200,000 | $400,000 | $0 | $50,000 |
| C | Total Estimated Funds Available for Distribution under Plan | | **$5,420,000** | **$5,720,000** | **$4,870,000** | **$5,020,000** |
| D | Admin. & Priority Claims | 3 | ($1,000,000) | ($600,000) | - | - |
| E | Chapter 7 Fees & Costs | - | - | - | - | - |
| | Chp. 7 Trustee Commissions | 4 | - | - | ($158,250) | ($168,750) |
| | Chp. 7 Trustee's Counsel Fees & Expenses | 5 | - | - | ($750,000) | ($500,000) |
| | Adjustment of Chp. 7 Trustee Inefficiencies | 6 | - | - | ($150,000) | ($50,000) |
| F | Total Chp. 7 Fees / Costs | | - | - | ($1,058,250) | ($718,750) |
| G | Total Available for Distribution | | **$4,420,000** | **$5,120,000** | **$3,811,750** | **$4,151,250** |
| H | DIP Loan | 7 | $0.00 | $650,000 | $0.00 | $650,000 |
| I | Class 1: MCDJR, PMCD, CES, LEC | 8 | $0.00 | $4,470,000 | $0.00 | $3,501,250 |
| J | Class 2: VBM | 9 | $0.00 | $0.00 | $0.00 | $0.00 |
| K | Class 3: DCC | 10 | $0.00 | $5,120,000 | $0.00 | $4,151,250 |
| L | Class 4: Clearview | 11 | $0.00 | $0.00 | $0.00 | $0.00 |
| M | Class 5: Priority non-tax claims | | $0.00 | $0.00 | $0.00 | $0.00 |
| N | Class 6: GUC's | 12 | $0.00 | **TBD** | $0.00 | $0.00 |
| O | Class 7: Equity | | $0.00 | $0.00 | $0.00 | $0.00 |

**NOTES:**

*Note 1*
Actual cash balances may vary based on the prices obtained for the FFE sales, timing of payments of administrative expenses, and A/R collection percentages.

*Note 2*
The value does not include payments that may be subject to the ordinary course of business defense.

*Note 3*
The low recovery range includes an admin. claim for Sunrise Food in the event the claim is allowed. Professional Fees include projections through confirmation.

*Note 4*
All UST fees for prior quarters are believed to be current.  Fees for conversion would be incurred. The amounts stated are estimates of a hypothetical Chp. 7 trustee's commissions and fees and expenses in the event the case was to be converted to a case under Chp. 7.

*Note 5*
The range reflects the substantial effort required of new counsel to litigate Democracy's claims.

*Note 6*
Liability adjustment for Chp. 7 is for inefficiencies in objecting to claims, prosecuting preferences, addressing tax issues, and managing liabilities due to a Chp. 7 trustee's lack of (i) historical basis; (ii) in-depth knowledge of the Debtor's books and records; and (iii) familiarity with various agreements.

*Notes 7 and 8*
If DCC's $8,706,250 claim is allowed, then the DIP Lender and Class 1 do not receive a distribution in Chp. 11 or 7.  If Disallowed, then Class 1 will receive a distribution based on the $4,557,074 aggregate claim amount (*but see* Note 12).  The Debtor maintains that Democracy's claim should be disallowed or subordinated in full.  This analysis should not be construed to mean that Democracy has an allowed secured claim.

*Note 9*
VBM's claim is subordinated to Class 1, so it only receives a distribution in Chp. 11 if DCC's claim is disallowed.  There are insufficient estimated funds to receive a distribution in Chp. 7.

*Note 10*
The Debtor believes Democracy's claim will be disallowed or subordinated in full in Chp. 11.

*Note 11*
The Debtor does not believe Clearview has an Allowed Class 4 Claim.

*Note 12*
TBD:  The Debtor is negotiating with the DIP Lender and Class 1 on a potential carve-out from preference action recoveries for GUC's.