# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DEMOCRACY CAPITAL CORPORATION, | * |
| Plaintiff, | * |
| v. | * |
|  | *   Civil No. 25-1654-BAH |
| ROBERT F. MCDERMOTT, JR., ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 13th day of February, 2026, ORDERED that:

(1) Defendants' motion to stay, ECF 10, is GRANTED IN PART and DENIED IN PART;

   a. Count V is STAYED pending resolution of the Motion to Interpret (and any appeal) pending in Case No. 23-10675 in the United States Bankruptcy Court for the District of Maryland;

   b. The motion to stay is denied as to Counts I through IV;

(2) Defendants' motion to dismiss, ECF 11, is DENIED WITHOUT PREJUDICE;

(3) Within fourteen (14) days of this order Defendants SHALL ANSWER Counts I through IV of the complaint;

(4) The Clerk is directed to TRANSMIT a copy of this order to the Clerk of the Bankruptcy Court for the District of Maryland to be docketed in Bankr. Case No. 23-10675; and

(5) The Clerk is directed to SEND a copy of this order and accompanying memorandum opinion to counsel of record.

/s/
Brendan A. Hurson
United States District Judge